US007558472B2

(12) **United States Patent** (10) Patent No.: **US 7,558,472 B2**

Locket et al. (45) Date of Patent: **Jul. 7, 2009**

(54) **MULTIMEDIA SIGNAL PROCESSING SYSTEM**

(75) Inventors: **David Locket**, Los Gatos, CA (US);
**Kurtis G. Heaton**, Pleasanton, CA (US);
**James M. Barton**, Los Gatos, CA (US);
**Jean Swey Kao**, Cupertino, CA (US);
**Ching Tong Chow**, Fremont, CA (US);
**Roderick James McInnis**, Milpits, CA
(US); **Andrew Martin Goodman**,
Menlo Park, CA (US)

(73) Assignee: **TiVo Inc.**, Alviso, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 1623 days.

(21) Appl. No.: **09/935,426**

(22) Filed: **Aug. 22, 2001**

(65) **Prior Publication Data**

US 2002/0037160 A1     Mar. 28, 2002

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/827,029,
filed on Apr. 5, 2001.

(60) Provisional application No. 60/226,856, filed on Aug.
22, 2000.

(51) **Int. Cl.**
*H04N 7/00* (2006.01)
*H04N 5/00* (2006.01)
*H04N 7/26* (2006.01)

(52) **U.S. Cl.** ........................ **386/125**; 386/124; 386/105

(58) **Field of Classification Search** .................. 386/46,
386/109, 111, 112, 83, 96, 124
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,682,363 A     8/1972   Hull

(Continued)

FOREIGN PATENT DOCUMENTS

CA          2 137 745     12/1994

(Continued)

OTHER PUBLICATIONS

Macweek News article entitled, "QuickTime Ready for Prime Time",
dated Dec. 10, 1991 (2 pages, numbered TIVO-410797 & TIVO-
410798).

(Continued)

*Primary Examiner*—Robert Chevalier
(74) *Attorney, Agent, or Firm*—Hickman Palermo Truong &
Becker LLP

(57) **ABSTRACT**

A multimedia signal processing system utilizes an easily
manipulated, low-cost storage and display system that allows
the user to view a television program and instantly review
previous scenes within the program. The invention also
allows the user to store selected programs while simulta-
neously watching or reviewing another. A versatile system
architecture enables providing the invention in multiple con-
figurations, each adapted to receive input signals from a dif-
ferent source. At the highest level, the system includes an
input section and an output section. Across all configurations,
the output section remains substantially the same, while the
input section varies according to the signal type and the
source. Thus, several configurations are provided, each one
requiring only minor system board modifications. The system
architecture thus simplifies the design and manufacturing
challenge presented by producing units to serve different
markets, such as digital satellite, digital cable and analog
cable.

**37 Claims, 23 Drawing Sheets**



**US 7,558,472 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,942,190 A | 3/1976 | Detweiler |
| 4,141,039 A | 2/1979 | Yamamoto |
| 4,221,176 A | 9/1980 | Besore et al. |
| 4,224,481 A | 9/1980 | Russell |
| 4,258,418 A | 3/1981 | Heath |
| 4,313,135 A | 1/1982 | Cooper |
| 4,347,527 A | 8/1982 | Lainez |
| 4,388,659 A | 6/1983 | Lemke |
| 4,408,309 A | 10/1983 | Kiesling et al. |
| 4,423,480 A | 12/1983 | Bauer et al. |
| 4,439,785 A | 3/1984 | Leonard |
| 4,506,348 A | 3/1985 | Miller et al. |
| 4,506,358 A | 3/1985 | Montgomery |
| 4,602,297 A | 7/1986 | Resse |
| 4,633,331 A | 12/1986 | McGrady et al. |
| 4,665,431 A | 5/1987 | Cooper |
| 4,688,106 A | 8/1987 | Keller et al. |
| 4,689,022 A | 8/1987 | Peers et al. |
| 4,706,121 A | 11/1987 | Young |
| 4,723,181 A | 2/1988 | Hickok |
| 4,752,834 A | 6/1988 | Koombes |
| 4,755,889 A | 7/1988 | Schwartz |
| 4,760,442 A | 7/1988 | Oconnell et al. |
| 4,761,684 A | 8/1988 | Clark et al. |
| 4,789,961 A | 12/1988 | Tindall |
| 4,805,217 A | 2/1989 | Morihiro et al. |
| 4,816,905 A | 3/1989 | Tweedy et al. |
| 4,821,121 A | 4/1989 | Beaulier |
| 4,833,710 A | 5/1989 | Hirashima |
| 4,876,670 A | 10/1989 | Nakabayashi et al. |
| 4,891,715 A | 1/1990 | Levy |
| 4,897,867 A | 1/1990 | Foster et al. |
| 4,920,533 A | 4/1990 | Dufresne et al. |
| 4,924,387 A | 5/1990 | Jeppesen et al. |
| 4,939,594 A | 7/1990 | Moxon et al. |
| 4,947,244 A | 8/1990 | Fenwick et al. |
| 4,949,169 A | 8/1990 | Lumelsky et al. |
| 4,949,187 A | 8/1990 | Cohen |
| 4,963,866 A | 10/1990 | Duncan |
| 4,963,995 A | 10/1990 | Lang |
| 4,972,396 A | 11/1990 | Rafner |
| 4,979,050 A | 12/1990 | Westland et al. |
| RE33,535 E | 2/1991 | Cooper |
| 4,991,033 A | 2/1991 | Takeshita |
| 5,001,568 A | 3/1991 | Efron et al. |
| 5,014,125 A | 5/1991 | Pocock et al. |
| 5,018,186 A | 5/1991 | Kimura et al. |
| 5,019,900 A | 5/1991 | Clark et al. |
| 5,021,893 A | 6/1991 | Scheffler |
| 5,027,241 A | 6/1991 | Hatch et al. |
| 5,027,400 A | 6/1991 | Baji et al. |
| 5,047,857 A | 9/1991 | Duffield et al. |
| 5,057,932 A | 10/1991 | Lang |
| 5,063,453 A | 11/1991 | Yoshimura et al. |
| 5,089,885 A | 2/1992 | Clark et al. |
| 5,093,718 A | 3/1992 | Hoarty et al. |
| 5,109,281 A | 4/1992 | Kobori et al. |
| 5,118,105 A | 6/1992 | Brim et al. |
| 5,121,476 A | 6/1992 | Yee |
| 5,126,852 A | 6/1992 | Nishino et al. |
| 5,126,982 A | 6/1992 | Yifrach |
| 5,130,792 A | 7/1992 | Tindell et al. |
| 5,132,992 A | 7/1992 | Yurt et al. |
| 5,134,499 A | 7/1992 | Sata et al. |
| 5,142,532 A | 8/1992 | Adams |
| 5,153,726 A | 10/1992 | Billing |
| 5,168,353 A | 12/1992 | Walker et al. |
| 5,172,413 A | 12/1992 | Bradley et al. |
| 5,202,761 A | 4/1993 | Cooper |
| 5,208,665 A | 5/1993 | McCalley et al. |
| 5,214,768 A | 5/1993 | Martin et al. |
| 5,226,141 A | 7/1993 | Esbensen |
| 5,227,876 A | 7/1993 | Cucchi et al. |
| 5,233,423 A | 8/1993 | Jernigan et al. |
| 5,233,603 A | 8/1993 | Takeuchi |
| 5,237,648 A | 8/1993 | Mills et al. |
| 5,241,428 A | 8/1993 | Goldwasser et al. |
| 5,245,430 A | 9/1993 | Nishimura |
| 5,247,347 A | 9/1993 | Litteral et al. |
| 5,251,009 A | 10/1993 | Bruno |
| 5,253,275 A | 10/1993 | Yurt et al. |
| 5,283,659 A | 2/1994 | Akiyama et al. |
| 5,285,272 A | 2/1994 | Bradley et al. |
| 5,287,182 A | 2/1994 | Haskall |
| 5,311,423 A | 5/1994 | Clark |
| 5,317,603 A | 5/1994 | Osterweil |
| 5,317,604 A | 5/1994 | Osterweil |
| 5,329,320 A | 7/1994 | Yifrach |
| 5,357,276 A | 10/1994 | Banker et al. |
| 5,361,261 A | 11/1994 | Edem et al. |
| 5,371,551 A | 12/1994 | Logan et al. |
| 5,388,264 A | 2/1995 | Tobias, II et al. |
| 5,412,416 A | 5/1995 | Nemirofsky |
| 5,414,455 A | 5/1995 | Hooper et al. |
| 5,428,731 A | 6/1995 | Powers |
| 5,438,423 A | 8/1995 | Lynch et al. |
| 5,440,334 A | 8/1995 | Walters et al. |
| 5,442,390 A | 8/1995 | Hooper et al. |
| 5,477,263 A | 12/1995 | O'Callaghan et al. |
| 5,481,542 A | 1/1996 | Logston et al. |
| 5,488,409 A | 1/1996 | Yuen et al. |
| 5,506,615 A | 4/1996 | Awaji |
| 5,508,940 A | 4/1996 | Rossmere et al. |
| 5,513,011 A | 4/1996 | Matsumoto et al. |
| 5,513,306 A | 4/1996 | Mills et al. |
| 5,519,684 A | 5/1996 | Iizuka et al. |
| 5,521,630 A | 5/1996 | Chen et al. |
| 5,528,281 A | 6/1996 | Grady et al. |
| 5,528,282 A | 6/1996 | Voeten et al. |
| 5,550,982 A | 8/1996 | Long et al. |
| 5,555,463 A | 9/1996 | Staron |
| 5,559,999 A | 9/1996 | Maturi et al. |
| 5,572,261 A | 11/1996 | Cooper |
| 5,577,190 A | 11/1996 | Peters |
| 5,581,479 A | 12/1996 | McLaughlin et al. |
| 5,583,561 A | 12/1996 | Baker et al. |
| 5,583,652 A | 12/1996 | Ware |
| 5,586,264 A | 12/1996 | Belknap et al. |
| 5,600,364 A | 2/1997 | Hendricks et al. |
| 5,600,379 A | 2/1997 | Wagner |
| 5,603,058 A | 2/1997 | Belknap et al. |
| 5,604,544 A | 2/1997 | Bertram |
| 5,612,749 A | 3/1997 | Bacher et al. |
| 5,614,940 A | 3/1997 | Cobbley et al. |
| 5,615,401 A | 3/1997 | Harscoet et al. |
| 5,619,247 A | 4/1997 | Russo |
| 5,625,464 A | 4/1997 | Compoint et al. |
| 5,629,732 A | 5/1997 | Moskowitz et al. |
| 5,635,984 A | 6/1997 | Lee |
| 5,648,824 A | 7/1997 | Dunn et al. |
| 5,659,539 A | 8/1997 | Porter et al. |
| 5,664,044 A | 9/1997 | Ware |
| 5,668,948 A | 9/1997 | Belknap et al. |
| 5,675,388 A | 10/1997 | Cooper |
| 5,696,866 A | 12/1997 | Iggulden et al. |
| 5,696,868 A | 12/1997 | Kim et al. |
| 5,701,383 A | 12/1997 | Russo et al. |
| 5,706,388 A | 1/1998 | Isaka |
| 5,712,976 A | 1/1998 | Falcon, Jr. et al. |
| 5,715,356 A | 2/1998 | Hirayama et al. |
| 5,719,982 A | 2/1998 | Kawamura et al. |
| 5,721,815 A | 2/1998 | Ottesen et al. |
| 5,721,878 A | 2/1998 | Ottesen et al. |
| 5,724,474 A | 3/1998 | Oguro et al. |

**US 7,558,472 B2**

Page 3

| | | | |
|---|---|---|---|
| 5,729,741 | A | 3/1998 | Liaguno et al. |
| 5,751,282 | A | 5/1998 | Girard et al. |
| 5,751,338 | A | 5/1998 | Ludwig et al. |
| 5,751,371 | A | 5/1998 | Shintani |
| 5,751,883 | A | 5/1998 | Ottensen et al. |
| 5,754,254 | A | 5/1998 | Kobayashi et al. |
| 5,761,166 | A | 6/1998 | Sedimayr et al. |
| 5,761,417 | A | 6/1998 | Henley et al. |
| 5,771,334 | A | 6/1998 | Yamauchi et al. |
| 5,774,170 | A | 6/1998 | Hite et al. |
| 5,774,186 | A | 6/1998 | Brodsky et al. |
| 5,778,137 | A | 7/1998 | Nielsen et al. |
| 5,787,225 | A | 7/1998 | Honjo |
| 5,805,763 | A | 9/1998 | Lawler et al. |
| 5,805,821 | A | 9/1998 | Saxena et al. |
| 5,808,607 | A | 9/1998 | Brady et al. |
| 5,815,689 | A | 9/1998 | Shaw et al. |
| 5,822,493 | A | 10/1998 | Uehara et al. |
| 5,852,705 | A | 12/1998 | Hanko et al. |
| 5,862,342 | A | 1/1999 | Winter et al. |
| 5,864,682 | A | 1/1999 | Porter et al. |
| 5,870,553 | A | 2/1999 | Shaw et al. |
| 5,889,915 | A | 3/1999 | Hewton |
| 5,892,884 | A | 4/1999 | Sugiyama et al. |
| 5,899,578 | A | 5/1999 | Yanagihara et al. |
| 5,920,572 | A | 7/1999 | Washington et al. |
| 5,920,842 | A | 7/1999 | Cooper et al. |
| 5,930,444 | A | 7/1999 | Camhi et al. |
| 5,949,948 | A | 9/1999 | Krause et al. |
| 5,949,954 | A | 9/1999 | Young et al. |
| 5,956,716 | A | 9/1999 | Kenner et al. |
| 5,963,202 | A | 10/1999 | Polish |
| 5,973,679 | A | 10/1999 | Abbott et al. |
| 5,991,496 | A | 11/1999 | Kojitma |
| 5,995,709 | A | 11/1999 | Tsuge |
| 5,999,691 | A | 12/1999 | Takagi et al. |
| 6,002,832 | A | 12/1999 | Yoneda |
| 6,005,562 | A | 12/1999 | Shiga et al. |
| 6,005,564 | A | 12/1999 | Ahmad et al. |
| 6,018,612 | A | 1/2000 | Thomason et al. |
| 6,028,599 | A | 2/2000 | Yuen et al. |
| RE36,801 | E | 8/2000 | Logan et al. |
| 6,112,226 | A | 8/2000 | Weaver et al. |
| 6,138,147 | A | 10/2000 | Weaver et al. |
| 6,141,385 | A | 10/2000 | Yamaji et al. |
| 6,151,059 | A | 11/2000 | Schein et al. |
| 6,154,771 | A | 11/2000 | Rangan et al. |
| 6,163,644 | A | 12/2000 | Owashi et al. |
| 6,167,083 | A | 12/2000 | Sporer et al. |
| 6,169,843 | B1 | 1/2001 | Lenihan et al. |
| 6,192,189 | B1 | 2/2001 | Fujinami et al. |
| 6,198,877 | B1 | 3/2001 | Kawamura et al. |
| 6,226,447 | B1 | 5/2001 | Sasaki et al. |
| 6,229,532 | B1 | 5/2001 | Fujii |
| 6,233,389 | B1 | 5/2001 | Barton et al. |
| 6,243,741 | B1 | 6/2001 | Utsumi |
| 6,249,641 | B1 | 6/2001 | Yokota |
| 6,253,375 | B1 | 6/2001 | Gordon et al. |
| 6,256,704 | B1 | 7/2001 | Hlava et al. |
| 6,272,672 | B1 | 8/2001 | Conway |
| 6,278,837 | B1 | 8/2001 | Yasukohchi et al. |
| 6,282,209 | B1 | 8/2001 | Kataoka et al. |
| 6,285,824 | B1 | 9/2001 | Yanagihara et al. |
| 6,292,618 | B1 | 9/2001 | Ohara et al. |
| 6,292,619 | B1 | 9/2001 | Fujita et al. |
| 6,301,711 | B1 | 10/2001 | Nusbickel |
| 6,304,714 | B1 | 10/2001 | Krause et al. |
| 6,330,675 | B1 | 12/2001 | Wiser et al. |
| 6,341,195 | B1 | 1/2002 | Mankovitz et al. |
| 6,353,461 | B1 | 3/2002 | Shore et al. |
| 6,363,212 | B1 | 3/2002 | Fujinami et al. |
| 6,400,407 | B1 | 6/2002 | Zigmond et al. |
| 6,424,791 | B1 | 7/2002 | Saib |

| | | | |
|---|---|---|---|
| 6,445,738 | B1 | 9/2002 | Zdepski et al. |
| 6,445,872 | B1 | 9/2002 | Sano et al. |
| 6,498,894 | B2 | 12/2002 | Ito et al. |
| 6,504,990 | B1 | 1/2003 | Abecassis |
| 6,516,467 | B1 | 2/2003 | Schindler |
| 6,529,685 | B2 | 3/2003 | Ottesen et al. |
| 6,542,695 | B1 | 4/2003 | Akiba et al. |
| 6,553,178 | B2 | 4/2003 | Abecassis |
| 6,698,020 | B1 | 2/2004 | Zigmond et al. |
| 6,788,882 | B1 | 9/2004 | Geer et al. |
| 7,055,166 | B1 | 5/2006 | Logan et al. |
| 7,272,298 | B1 * | 9/2007 | Lang et al.  ..................... 386/83 |
| 2005/0025469 | A1 | 2/2005 | Geer et al. |
| 2005/0122335 | A1 * | 6/2005 | MacInnis et al.  ............ 345/520 |
| 2005/0132418 | A1 | 6/2005 | Barton et al. |
| 2005/0226604 | A1 | 10/2005 | Kawamura et al. |
| 2007/0230921 | A1 | 10/2007 | Barton et al. |
| 2008/0288998 | A1 | 11/2008 | Locket |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| DE | 44 34 034 | A1 | 3/1996 |
| EP | 0594241 | A1 | 10/1993 |
| EP | 0594241 | B1 | 4/1994 |
| EP | 0 651 328 | A1 | 5/1995 |
| EP | 0 701 371 | A1 | 3/1996 |
| EP | 0726574 | A2 | 8/1996 |
| EP | 0726574 | A2 | 8/1996 |
| EP | 0766476 | A2 | 9/1996 |
| EP | 0762756 | A2 | 3/1997 |
| EP | 0785675 | A2 | 7/1997 |
| EP | 0817483 | A2 | 1/1998 |
| EP | 0817483 | A2 | 1/1998 |
| GB | 2222742 | A | 8/1989 |
| GB | 2 286 282 | A | 8/1995 |
| JP | 4-88772 | | 3/1992 |
| JP | 04088772 | A | 3/1992 |
| JP | 6-233234 | | 8/1994 |
| JP | 06233234 | A | 8/1994 |
| JP | 6-245157 | | 9/1994 |
| JP | 06245157 | A | 9/1994 |
| JP | 07264529 | A | 1/1995 |
| JP | 07111629 | A | 4/1995 |
| JP | 7-131754 | | 5/1995 |
| JP | 07131754 | A | 5/1995 |
| JP | 7-250305 | | 9/1995 |
| JP | 07250305 | A | 9/1995 |
| JP | 7-264529 | | 10/1995 |
| JP | 09233415 | A2 | 5/1997 |
| JP | 9-233415 | | 9/1997 |
| WO | WO 91/03112 | A1 | 3/1991 |
| WO | PCT US92/04573 | | 6/1992 |
| WO | WO 92/22983 | A2 | 12/1992 |
| WO | WO 93/16557 | A1 | 8/1993 |
| WO | WO 94/17626 | | 8/1994 |
| WO | WO 95/33336 | | 12/1995 |
| WO | WO 98/56188 | A2 | 12/1998 |
| WO | WO 00/76130 | A1 | 5/2000 |
| WO | WO 00/33568 | A1 | 6/2000 |

OTHER PUBLICATIONS

Hewlett Packard Laboratories Technical Report entitled "Unix Disk Access Patterns", by Chris Ruemmler and John Wilkes, HPL-92-152, dated Dec. 1992 (pp. 405-420), © Hewlett-Packard Company 1992.
Harker, J.M. et al, "A Quarter Century of Disk File Innovation", IBM J. Res. Develop., vol. 25, No. 5, dated Sep. 1981 (pp. 677-690), © International Business Machines Corporation 1981.
Woodham, D.J., HDTV Production: Today and Tomorrow; *A Solid State "Action Replay" Recorder*, Symposium Record Broadcast Sessions, System Session P-2, dated Jun. 17, 1989 (8 pages, numbered TIVO-414638 thru TIVO-414645).

US 7,558,472 B2
Page 4

Hospodor, Andrew David, "The Effect of Prefetch in SCSI Disk Drive Cache Buffers", Santa Clara University, Dept. of Computer Engineering, dated May 2, 1994 (121 pgs).

Official Action from JP for foreign patent application No. 2003-524253 dated Oct. 19, 2005 (4 pgs) plus 4 pg translation—attached. Current Claims in JP patent application No. 2003-524253 (3pgs) plus 4 pg. translation—attached.

Office Action from CN for foreign patent application No. 200410056388.3 dated Nov. 25, 2005 (15 pgs)—attached.

Current Claims in CN patent application No. 200410056388.3 (9 pgs)—attached.

United States Patent and Trademark Office, "Ex Parte Reexamination Communication Transmittal Form", Reexamination Control No. 90/007750, dated Nov. 28, 2007, 20 pages.

Official Action from CN for foreign patent application No. 02816471.1 dated Oct. 21, 2005 (5 pgs)—attached.

Official Action from EPO for foreign patent application No. 99 909 867.6-2202 dated Dec. 27, 2005 (5 pgs)—attached.

Current Claims in EPO patent application No. 99 909 867.6-2202 (9 pgs)—attached, dated Dec. 27, 2005.

Inside MacIntosh "QuickTime", Apple Technology Library by Apple Computer, Inc., © 1993 (published by Addison-Wesley Publishing Company) 719 pgs.

Inside MacIntosh "Files", Apple Technology Library by Apple Computer, Inc., © 1992 (published by Addison-Wesley Publishing Company) 532 pgs.

Inside MacIntosh "Memory", Apple Technology Library by Apple Computer, Inc., © 1992 (published by Addison-Wesley Publishing Company) 303 pgs.

Inside MacIntosh "QuickTime Components", Apple Technology Library by Apple Computer, Inc., © 1993 (published by Addison-Wesley Publishing Company) 828 pgs.

Inside MacIntosh "Overview", Apple Technology Library by Apple Computer, Inc., © 1992 (published by Addison-Wesley Publishing Company) 251 pgs.

Quantum Q500 Series High Capacity 5¼ " Fixed Disk Drive, Quantum Corporation, © 1983 (2 pgs).

Quantum 2000 Series Low-Cost 8' Fixed Disk Drives, "New DC Motor Option", Quantum Corporation (2 pgs), dated 2000.

Quantum Q280 Low-Cost, 85 Megabyte Fixed Disk Drive, "85 Mb capacity/40ms average access time", Quantum Corporation, © 1982 (2 pgs).

OEM Interface Specifications for DSAA-3xxx, 3.5-Inch Hard Disk Drive with ATA Interface, IBM Corporation, © 1994 (65 pgs).

International Standard ISO/IEC 11172-2:1993(E), (Part 2: Video), Downloaded Jun. 15, 2005 (136 pgs).

International Standard ISO/IEC 11171-3:1993/Cor.1:1996(E), (Part 3: Audio), Downloaded Jun. 15, 2005 (159 pgs).

Hewlett Packard® MPEGscope User's Guide, Hewlett Packard Company © 1997-2000 (282 pgs).

DiviCom, MP100 User Guide, DiviCom, Inc., © 1996 (97 pgs).

Hewlett Packard® MPEGscope Startup Guide, Hewlett Packard Company © 1997-2000 (39 pgs).

MediaStream by Media4, "Desktop Satellite Multimedia", "The MediaStream Receiver Card", "MediaStream Uplink System", by Media4, Inc. (2 pgs), dated 1996.

Jim Stratigos et al., Media4 Press Release "Announces Reseller Agreement with AlphaStar Television Networks", Microsoft® and Windows® 95 (3 pgs), dated Apr. 15, 1996.

Jim Stratigos et al., Media4 Press Release "Announces Multimedia Satellite Network for Personal Computers", Microsoft® and Windows® 95 (3 pgs), dated Apr. 15, 1996.

Media Stream, "Satellite Receiver" Installation and Users Guide for Windows 95, Media4, Inc., © 1996 (33 pgs).

International Standard ISO/IEC 13818-1:2000(E) "Information Technology—Generic Coding of Moving Pictures and Associated Audio Information: Systems", © ISO/IEC 2000, Downloaded Jun. 30, 2005 (173 pgs).

International Standard ISO/IEC 13818-1:2000/Amd.2.2004(E) "Information Technology—Generic Coding of Moving Pictures and Associated Audio Information: Systems", Amendment 2: Support of IPMP on MPEG-2 Systems, © ISO/IEC 2004, Downloaded Jun. 30, 2005 (13 pgs).

International Standard ISO/IEC 13818-2:2000(E) "Information Technology—Generic Coding of Moving Pictures and Associated Audio Information: Video", © ISO/IEC 2000, Downloaded Jun. 30, 2005 (219 pgs).

International Standard ISO/IEC 13818-3:1998(E) "Information Technology—Generic Coding of Moving Pictures and Associated Audio Information: Audio", © ISO/IEC 1998 (125 pgs).

Guide to VAX/VMS File Applications,, Software Version VAX/VMS Version 4.0, Sep. 1984 (19 pgs).

Harrick M. Vin, et al., *Designing A Multiuser HDTV Storage Server*, IEEE Journal, vol. 11, No. 1, Jan. 1993 (pp. 153-164).

Quantum Fireball 640/1280S Product Manual, Quantum®, Copyright © 1995 by Quantum Corporation (190 pgs).

Winston Hodge, et al., "*Chapter 7, True Video on Demand vs. Near Video on Demand*", delivered at National Cable Television Conference, May 24, 1994 (pp. 103-120).

Cyril U. Orji, et al., "*Design and Configuration Rationales for Digital Video Storage and Delivery Systems*", Multimedia Tools and Applications, 9, 275-302 (1992), © 1992 Kluwer Academic Publishers, Boston (pp. 275-302).

SCSI Specification, 0663 and 0663 Enhanced Disk Drive, Release 4.0, (247 pgs), dated Sep. 18, 1992.

R. Johnston, et al., "*A Digital Television Sequence Store*", IEEE, (pp. 594-600) © 1978.

M. Hausdorfer, "*Symposium Record Broadcast Sessions*", HDTV Production: Today and Tomorrow, Jun. 17, 1989, (7 pgs).

S. Berson, "*Computer Science Department Technical Report*", Staggered Striping in Multimedia Information System, Dec. 1993, Apr. 29, 1994, (24 pgs).

S. Berson, et al., "*Design of a Scalable Multimedia Storage Manager*", (pp. 1-30), dated Feb. 1994.

Conner Filepro Performance Series, CFP1060E/CFP1060S/CFP1060W, "*Intelligent Disk Drive Product Manual*", Rev. A, May 1994, © 1994, Conner Peripherals, Inc., (79 pgs).

Hugh M. Sierra, "*An Introduction to Direct Access Storage Devices*", © 1990 by Academic Press, Inc., (269 pgs).

I. Freedman, et al., "*Systems Aspects of COBE Science Data Compression*", Cosmology Data Analysis Center, (pp. 85-97), Dated Oct. 21, 1991.

Douglas T. Anderson, "*The Hard Disk Technical Guide*", Tenth Revision S-D., Feb. 1994, © 1990, 1991, 1992, 1993, 1994 by Micro House International Inc., (70 pgs).

Current Claims in CN patent application No. 02816471.7 (10 pgs)—attached, dated Oct. 2005.

International Standard ISO/IEC 11172 (MPEG-1 Standard, Part 1: Systems), dated Aug. 1, 1993.

K. Shen et al., *A Fast Algorithm for Video Parsing Using MPEG Compressed Sequences*, IEEE, pp. 252-255 (0-8185-7310-9/626/ 1995).

S. Smollar et al., *Content-based Video Indexing and Retrieval*, IEEE, Summer 1994, pp. 62-72.

J. Meng et al., *CVEPS-A Compressed Video Editing and Parsing System*, ACM Multimedia '96, Boston MA, pp. 43-53 (ACM 0-89791-671-1/96/1).

European Patent Office, "Communication", European patent application 02796373.5, dated Feb. 6, 2007, 3 pages.

European Patent Office, "Communication pursuant to Article 96(2) EPC", European patent application 02 796 373.5, dated Jun. 15, 2007, 2 pages.

Claims, European patent application 02 796 373.5, 8 pages, dated Jan. 25, 2008.

Ex Parte Reexamination Certificate, U.S. Patent No. 6,233,389, C1, issued Nov. 11, 2008.

Order Granting Request for Ex Parte Reexamination, U.S. Patent No. 6,233,389, Control No. 90/009,329, mailed Jan. 7, 2009.

Peuker, Thomas, "An Object-Oriented Architecture for the Real-Time Transmission of Multimedia Data Streams", Institute für Mathematische Maschinen und Datenverarbeitung (Informatik) IV, Lehrstul für Betriebssyteme Universität Erlangen-Nürnberg, Erlangen, Mar. 17, 1997.

**US 7,558,472 B2**

Page 5

Mayer-Patel, Ketan et al., "Synchronized Continuous Media Playback Through the World Wide Web", U.C. Berkeley, Computer Science Division, Berkeley Multimedia Research Center, Published:1996, Berkeley, CA.

Chatterjee, Amit et al., "Microsoft DirectShow: A New Media Architecture", SMPTE Journal, pp. 865-871, Dec. 1997.

Fung, Chi-Leung et al., "MOCS: an Object-Oriented Programming Model for Multimedia Object Communication and Synchronization", Department of Computer Science, The Honk Kong University of Science and Technology, Clear Water Bay, Kowloon, Hong Kong, 1994 IEEE.

Gibbs, Simon, "Composite Multimedia and Active Objects", Centre Universitaire d'Informatique, Université de Genève, Proc., appeared in OOPSLA '91.

European Patent Office, Communication dated Feb. 5, 2009, in European Patent No. 1729515, Notice of Opposition, Brunner/Williamson opponents.

European Patent Office, Notice of Opposition, European Application No. EP 1 729 515, Interressensgemeinschaft fur Rundfunkschutzrechte e.V., opponent, dated Jan. 23, 2009.

European Patent Office, "Communication pursuant to Article 94(3) EPC", Foreign application No. 02 796 373.5-1522, received Jan. 25, 2008, 6 pages.

Claims, Foreign application No. 02 796 373.5-1522, 5 pages.

* cited by examiner



*FIG. 1*



*FIG. 2*



*FIG. 3*



*FIG. 4*



*FIG. 5*



*FIG. 6*



*FIG. 7*



*FIG. 8*



FIG. 9



*FIG. 10*



*FIG. 11*



NTSC Field Sequence
1201
odd
even
odd
even
odd
even
VBI
Active Picture Region
VBI Line 21 (FCC Mandated)
If Even field, Line 21 Contains Extended Data Services (EDS) data (e.g., Time of day, V-chip)
1202
Two characters per odd field
Circular Buffer
1203
Next Unparsed Character
Next Empty Position
1204
Word Parser
Recognizer state machine
Separate into words
Word1 StateA
Word2 StateB
Word3 StateC
1207
1206
Trigger Action
1205
Words added to a special segment in the fixed-size PES buffer.
Start capture, Stop capture, Phrase seen, Etc.

*FIG. 12*



*FIG. 13*



*FIG. 14*



*FIG. 15*



*FIG. 16*



*FIG. 17*



*FIG. 18*



*FIG. 19A*



*FIG. 19B*



*FIG. 20A*



*FIG. 20B*



FIG. 21A



*FIG. 21B*



*FIG. 22*

US 7,558,472 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# MULTIMEDIA SIGNAL PROCESSING SYSTEM

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a Continuation-in-part of U.S. patent application Ser. No. 09/827,029, filed on Apr. 5, 2001, and claims benefit of U.S. Provisional Patent Application Ser. No. 60/226,856, filed on Aug. 22, 2000. U.S. patent application Ser. No. 09/827,029 is a Continuation of U.S. Pat. No. 6,233, 389, filed on Jul. 30, 1998.

## BACKGROUND OF THE INVENTION

1. Technical Field

The invention relates to the time shifting of television broadcast signals. More particularly, the invention relates to the real time capture, storage, and display of television broadcast signals.

2. Description of the Prior Art

The Video Cassette Recorder (VCR) has changed the lives of television (TV) viewers throughout the world. The VCR has offered viewers the flexibility to time-shift TV programs to match their lifestyles.

The viewer stores TV programs onto magnetic tape using the VCR. The VCR gives the viewer the ability to play, rewind, fast-forward and pause the stored program material. These functions enable the viewer to pause the program playback whenever he desires, fast forward through unwanted program material or commercials, and to replay favorite scenes. However, a VCR cannot both capture and play back information at the same time.

One approach to solving this problem is to use several VCRs. For example, if two video tape recorders are available, it might be possible to Ping-Pong between the two. In this case, the first recorder is started at the beginning of the program of interest. If the viewer wishes to rewind the broadcast, the second recorder begins recording, while the first recorder is halted, rewound to the appropriate place, and playback initiated. However, at least a third video tape recorder is required if the viewer wishes to fast forward to some point in time after the initial rewind was requested. In this case, the third recorder starts recording the broadcast stream while the second is halted and rewound to the appropriate position. Continuing this exercise, one can quickly see that the equipment becomes unwieldy, unreliable, expensive, and hard to operate, while never supporting all desired functions. In addition, tapes are of finite length, and may potentially end at inconvenient times, drastically lowering the value of the solution.

The use of digital computer systems to solve this problem has been suggested. U.S. Pat. No. 5,371,551 issued to Logan et al., on Dec. 6, 1994, teaches a method for concurrent video recording and playback. It presents a microprocessor controlled broadcast and playback device. Said device compresses and stores video data onto a hard disk. However, this approach is difficult to implement because the processor requirements for keeping up with the high video rates makes the device expensive and problematic. The microprocessor must be extremely fast to keep up with the incoming and outgoing video data.

It would be advantageous to provide a multimedia signal processing system that gives the user the ability to simultaneously record and play back TV broadcast programs. It would further be advantageous to provide a multimedia signal processing system that utilizes an approach that decouples the microprocessor from the high video data rates, thereby reducing the microprocessor and system requirements, which are at a premium.

## SUMMARY OF THE INVENTION

The invention provides a multimedia signal processing system. The invention utilizes an easily manipulated, low cost multimedia storage and display system that allows the user to view a television broadcast program with the option of instantly reviewing previous scenes within the program. In addition, the invention allows the user to store selected television broadcast programs while the user is simultaneously watching or reviewing another program.

A preferred embodiment of the invention accepts television (TV) input streams in a multitude of forms, for example, analog forms such as National Television Standards Committee (NTSC) or PAL broadcast, and digital forms such as Digital Satellite System (DSS), Digital Broadcast Services (DBS), or Advanced Television Standards Committee (ATSC). Analog TV streams are converted to an Moving Pictures Experts Group (MPEG) formatted stream for internal transfer and manipulation, while pre-formatted MPEG streams are extracted from the digital TV signal and presented in a similar format to encoded analog streams.

The invention parses the resulting MPEG stream and separates it into its video and audio components. It then stores the components into temporary buffers. Events are recorded that indicate the type of component that has been found, where it is located, and when it occurred. The program logic is notified that an event has occurred and the data is extracted from the buffers.

The parser and event buffer decouple the CPU from having to parse the MPEG stream and from the real time nature of the data streams. This decoupling allows for slower CPU and bus speeds, which translates to lower system costs.

The video and audio components are stored on a storage device. When the program is requested for display, the video and audio components are extracted from the storage device and reassembled into an MPEG stream. The MPEG stream is sent to a decoder. The decoder converts the MPEG stream into TV output signals and delivers the TV output signals to a TV receiver.

User control commands are accepted and sent through the system. These commands affect the flow of said MPEG stream and allow the user to view stored programs with at least the following functions: reverse, fast forward, play, pause, index, fast/slow reverse play, and fast/slow play.

Furthermore, the invention incorporates a versatile system architecture that makes it possible to provide the invention in a variety of configurations, each adapted to receive input signals from a different source. At the highest level, the system board comprises an input section and an output section, in which the output section includes the core functional components. Across all configurations, the output section remains substantially the same, incorporating the three core components either as three discrete chips or as a chipset, while the input section varies according to the signal type and the source. In this way, several configurations are provided, each one requiring only minor modifications to the system board. The system architecture thus simplifies the design and manufacturing challenge presented by producing units to serve different markets, such as digital satellite, digital cable and analog cable.

The core components of the output section of the invention include: a CPU having the primary function of initializing and controlling the remaining system hardware components, an

US 7,558,472 B2

3

MPEG-2 decoder/graphics subsystem, in communication with the CPU, primarily responsible for decoding transport streams delivered from the input section, and a media manager, in communication with the MPEG-2 decoder/graphics subsystem, having a variety of functions, including media processing, high-speed transport output and miscellaneous I/O functionality. The invention further includes a transport stream interface between the input section and output sections, several memory components, one or more mass storage devices for storage of the separate audio and video components of the input signal, and a system bus for the transfer of data between the various system components of the invention. Other aspects and advantages of the invention will become apparent from the following detailed description in combination with the accompanying drawings, illustrating, by way of example, the principles of the invention.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block schematic diagram of a high level view of a preferred embodiment of the invention according to the invention;

FIG. 2 is a block schematic diagram of a preferred embodiment of the invention using multiple input and output modules according to the invention;

FIG. 3 is a schematic diagram of an Moving Pictures Experts Group (MPEG) data stream and its video and audio components according to the invention;

FIG. 4 is a block schematic diagram of a parser and four direct memory access (DMA) input engines contained in the Media Switch according to the invention;

FIG. 5 is a schematic diagram of the components of a packetized elementary stream (PES) buffer according to the invention;

FIG. 6 is a schematic diagram of the construction of a PES buffer from the parsed components in the Media Switch output circular buffers;

FIG. 7 is a block schematic diagram of the Media Switch and the various components that it communicates with according to the invention;

FIG. 8 is a block schematic diagram of a high level view of the program logic according to the invention;

FIG. 9 is a block schematic diagram of a class hierarchy of the program logic according to the invention;

FIG. 10 is a block schematic diagram of a preferred embodiment of the clip cache component of the invention according to the invention;

FIG. 11 is a block schematic diagram of a preferred embodiment of the invention that emulates a broadcast studio video mixer according to the invention;

FIG. 12 is a block schematic diagram of a closed caption parser according to the invention;

FIG. 13 is a block schematic diagram of a high level view of a preferred embodiment of the invention utilizing a VCR as an integral component of the invention according to the invention.

FIG. 14 is a block schematic diagram of a high level view of a system architecture according to the invention;

FIG. 15 is a block schematic diagram of an output section of the system of FIG. 14 according to the invention;

FIG. 16 is a block schematic diagram of a first version of an input section of the system of FIG. 14, adapted to receive an analog signal according to the invention

FIG. 17 is a block schematic diagram of a second version of an input section of the system of FIG. 14, adapted to receive a digital satellite signal according to the invention;

4

FIG. 18 is a block schematic diagram of a third version of an input section of the system of FIG. 14, adapted to receive a digital cable signal according to the invention;

FIGS. 19A and 19B are a block diagram of a first embodiment of the system of FIG. 14 according to the invention;

FIGS. 20A and 20B are a block schematic diagram of a second embodiment of the system of FIG. 14 according to the invention;

FIGS. 21A and 21B are a block schematic diagram of a third embodiment of the system of FIG. 14 according to the invention; and

FIG. 22 is a block schematic diagram of a system for processing media stream data across multiple channels, in parallel according to the invention.

DETAILED DESCRIPTION OF THE INVENTION

The invention is embodied in a multimedia signal processing system. A system according to the invention provides a multimedia storage and display system that allows the user to view a television broadcast program with the option of instantly reviewing previous scenes within the program. The invention additionally provides the user with the ability to store selected television broadcast programs while simultaneously watching or reviewing another program and to view stored programs with at least the following functions: reverse, fast forward, play, pause, index, fast/slow reverse play, and fast/slow play.

Referring to FIG. 1, a preferred embodiment of the invention has an Input Section 101, Media Switch 102, and an Output Section 103. The Input Section 101 takes television (TV) input streams in a multitude of forms, for example, National Television Standards Committee (NTSC) or PAL broadcast, and digital forms such as Digital Satellite System (DSS), Digital Broadcast Services (DBS), or Advanced Television Standards Committee (ATSC). DBS, DSS and ATSC are based on standards called Moving Pictures Experts Group 2 (MPEG2) and MPEG2 Transport. MPEG2 Transport is a standard for formatting the digital data stream from the TV source transmitter so that a TV receiver can disassemble the input stream to find programs in the multiplexed signal. The Input Section 101 produces MPEG streams. An MPEG2 transport multiplex supports multiple programs in the same broadcast channel, with multiple video and audio feeds and private data. The Input Section 101 tunes the channel to a particular program, extracts a specific MPEG program out of it, and feeds it to the rest of the system. Analog TV signals are encoded into a similar MPEG format using separate video and audio encoders, such that the remainder of the system is unaware of how the signal was obtained. Information may be modulated into the Vertical Blanking Interval (VBI) of the analog TV signal in a number of standard ways; for example, the North American Broadcast Teletext Standard (NABTS) may be used to modulate information onto lines 10 through 20 of an NTSC signal, while the FCC mandates the use of line 21 for Closed Caption (CC) and Extended Data Services (EDS). Such signals are decoded by the input section and passed to the other sections as if they were delivered via an MPEG2 private data channel.

The Media Switch 102 mediates between a microprocessor CPU 106, hard disk or storage device 105, and memory 104. Input streams are converted to an MPEG stream and sent to the Media Switch 102. The Media Switch 102 buffers the MPEG stream into memory. It then performs two operations if the user is watching real time TV: the stream is sent to the Output Section 103 and it is written simultaneously to the hard disk or storage device 105.

US 7,558,472 B2

5

The Output Section **103** takes MPEG streams as input and produces an analog TV signal according to the NTSC, PAL, or other required TV standards. The Output Section **103** contains an MPEG decoder, On-Screen Display (OSD) generator, analog TV encoder and audio logic. The OSD generator allows the program logic to supply images which will be overlayed on top of the resulting analog TV signal. Additionally, the Output Section can modulate information supplied by the program logic onto the VBI of the output signal in a number of standard formats, including NABTS, CC and EDS.

With respect to FIG. **2**, the invention easily expands to accommodate multiple Input Sections (tuners) **201**, **202**, **203**, **204**, each can be tuned to different types of input. Multiple Output Modules (decoders) **206**, **207**, **208**, **209** are added as well. Special effects such as picture in a picture can be implemented with multiple decoders. The Media Switch **205** records one program while the user is watching another. This means that a stream can be extracted off the disk while another stream is being stored onto the disk.

Referring to FIG. **3**, the incoming MPEG stream **301** has interleaved video **302**, **305**, **306** and audio **303**, **304**, **307** segments. These elements must be separated and recombined to create separate video **308** and audio **309** streams or buffers. This is necessary because separate decoders are used to convert MPEG elements back into audio or video analog components. Such separate delivery requires that time sequence information be generated so that the decoders may be properly synchronized for accurate playback of the signal.

The Media Switch enables the program logic to associate proper time sequence information with each segment, possibly embedding it directly into the stream. The time sequence information for each segment is called a time stamp. These time stamps are monotonically increasing and start at zero each time the system boots up. This allows the invention to find any particular spot in any particular video segment. For example, if the system needs to read five seconds into an incoming contiguous video stream that is being cached, the system simply has to start reading forward into the stream and look for the appropriate time stamp.

A binary search can be performed on a stored file to index into a stream. Each stream is stored as a sequence of fixed-size segments enabling fast binary searches because of the uniform timestamping. If the user wants to start in the middle of the program, the system performs a binary search of the stored segments until it finds the appropriate spot, obtaining the desired results with a minimal amount of information. If the signal were instead stored as an MPEG stream, it would be necessary to linearly parse the stream from the beginning to find the desired location.

With respect to FIG. **4**, the Media Switch contains four input Direct Memory Access (DMA) engines **402**, **403**, **404**, **405** each DMA engine has an associated buffer **410**, **411**, **412**, **413**. Conceptually, each DMA engine has a pointer **406**, a limit for that pointer **407**, a next pointer **408**, and a limit for the next pointer **409**. Each DMA engine is dedicated to a particular type of information, for example, video **402**, audio **403**, and parsed events **405**. The buffers **410**, **411**, **412**, **413** are circular and collect the specific information. The DMA engine increments the pointer **406** into the associated buffer until it reaches the limit **407** and then loads the next pointer **408** and limit **409**. Setting the pointer **406** and next pointer **408** to the same value, along with the corresponding limit value creates a circular buffer. The next pointer **408** can be set to a different address to provide vector DMA.

The input stream flows through a parser **401**. The parser **401** parses the stream looking for MPEG distinguished events indicating the start of video, audio or private data segments.

6

For example, when the parser **401** finds a video event, it directs the stream to the video DMA engine **402**. The parser **401** buffers up data and DMAs it into the video buffer **410** through the video DMA engine **402**. At the same time, the parser **401** directs an event to the event DMA engine **405** which generates an event into the event buffer **413**. When the parser **401** sees an audio event, it redirects the byte stream to the audio DMA engine **403** and generates an event into the event buffer **413**. Similarly, when the parser **401** sees a private data event, it directs the byte stream to the private data DMA engine **404** and directs an event to the event buffer **413**. The Media Switch notifies the program logic via an interrupt mechanism when events are placed in the event buffer.

Referring to FIGS. **4** and **5**, the event buffer **413** is filled by the parser **401** with events. Each event **501** in the event buffer has an offset **502**, event type **503**, and time stamp field **504**. The parser **401** provides the type and offset of each event as it is placed into the buffer. For example, when an audio event occurs, the event type field is set to an audio event and the offset indicates the location in the audio buffer **411**. The program logic knows where the audio buffer **411** starts and adds the offset to find the event in the stream. The address offset **502** tells the program logic where the next event occurred, but not where it ended. The previous event is cached so the end of the current event can be found as well as the length of the segment.

With respect to FIGS. **5** and **6**, the program logic reads accumulated events in the event buffer **602** when it is interrupted by the Media Switch **601**. From these events the program logic generates a sequence of logical segments **603** which correspond to the parsed MPEG segments **615**. The program logic converts the offset **502** into the actual address **610** of each segment, and records the event length **609** using the last cached event. If the stream was produced by encoding an analog signal, it will not contain Program Time Stamp (PTS) values, which are used by the decoders to properly present the resulting output. Thus, the program logic uses the generated time stamp **504** to calculate a simulated PTS for each segment and places that into the logical segment timestamp **607**. In the case of a digital TV stream, PTS values are already encoded in the stream. The program logic extracts this information and places it in the logical segment timestamp **607**.

The program logic continues collecting logical segments **603** until it reaches the fixed buffer size. When this occurs, the program logic generates a new buffer, called a Packetized Elementary Stream (PES) **605** buffer containing these logical segments **603** in order, plus ancillary control information. Each logical segment points directly to the circular buffer, e.g., the video buffer **613**, filled by the Media Switch **601**. This new buffer is then passed to other logic components, which may further process the stream in the buffer in some way, such as presenting it for decoding or writing it to the storage media. Thus, the MPEG data is not copied from one location in memory to another by the processor. This results in a more cost effective design since lower memory bandwidth and processor bandwidth is required.

A unique feature of the MPEG stream transformation into PES buffers is that the data associated with logical segments need not be present in the buffer itself, as presented above. When a PES buffer is written to storage, these logical segments are written to the storage medium in the logical order in which they appear. This has the effect of gathering components of the stream, whether they be in the video, audio or private data circular buffers, into a single linear buffer of stream data on the storage medium. The buffer is read back from the storage medium with a single transfer from the

US 7,558,472 B2

7

storage media, and the logical segment information is updated to correspond with the actual locations in the buffer **606**. Higher level program logic is unaware of this transformation, since it handles only the logical segments, thus stream data is easily managed without requiring that the data ever be copied between locations in DRAM by the CPU.

A unique aspect of the Media Switch is the ability to handle high data rates effectively and inexpensively. It performs the functions of taking video and audio data in, sending video and audio data out, sending video and audio data to disk, and extracting video and audio data from the disk on a low cost platform. Generally, the Media Switch runs asynchronously and autonomously with the microprocessor CPU, using its DMA capabilities to move large quantities of information with minimal intervention by the CPU.

Referring to FIG. **7**, the input side of the Media Switch **701** is connected to an MPEG encoder **703**. There are also circuits specific to MPEG audio **704** and vertical blanking interval (VBI) data **702** feeding into the Media Switch **701**. If a digital TV signal is being processed instead, the MPEG encoder **703** is replaced with an MPEG2 Transport Demultiplexor, and the MPEG audio encoder **704** and VBI decoder **702** are deleted. The demultiplexor multiplexes the extracted audio, video and private data channel streams through the video input Media Switch port.

The parser **705** parses the input data stream from the MPEG encoder **703**, audio encoder **704** and VBI decoder **702**, or from the transport demultiplexor in the case of a digital TV stream. The parser **705** detects the beginning of all of the important events in a video or audio stream, the start of all of the frames, the start of sequence headers—all of the pieces of information that the program logic needs to know about in order to both properly play back and perform special effects on the stream, e.g. fast forward, reverse, play, pause, fast/slow play, indexing, and fast/slow reverse play.

The parser **705** places tags **707** into the FIFO **706** when it identifies video or audio segments, or is given private data. The DMA **709** controls when these tags are taken out. The tags **707** and the DMA addresses of the segments are placed into the event queue **708**. The frame type information, whether it is a start of a video I-frame, video B-frame, video P-frame, video PES, audio PES, a sequence header, an audio frame, or private data packet, is placed into the event queue **708** along with the offset in the related circular buffer where the piece of information was placed. The program logic operating in the CPU **713** examines events in the circular buffer after it is transferred to the DRAM **714**.

The Media Switch **701** has a data bus **711** that connects to the CPU **713** and DRAM **714**. An address bus **712** is also shared between the Media Switch **701**, CPU **713**, and DRAM **714**. A hard disk or storage device **710** is connected to one of the ports of the Media Switch **701**. The Media Switch **701** outputs streams to an MPEG video decoder **715** and a separate audio decoder **717**. The audio decoder **717** signals contain audio cues generated by the system in response to the user's commands on a remote control or other internal events. The decoded audio output from the MPEG decoder is digitally mixed **718** with the separate audio signal. The resulting signals contain video, audio, and on-screen displays and are sent to the TV **716**.

The Media Switch **701** takes in 8-bit data and sends it to the disk, while at the same time extracts another stream of data off of the disk and sends it to the MPEG decoder **715**. All of the DMA engines described above can be working at the same time. The Media Switch **701** can be implemented in hardware using a Field Programmable Gate Array (FPGA), ASIC, or discrete logic.

8

Rather than having to parse through an immense data stream looking for the start of where each frame would be, the program logic only has to look at the circular event buffer in DRAM **714** and it can tell where the start of each frame is and the frame type. This approach saves a large amount of CPU power, keeping the real time requirements of the CPU **713** small. The CPU **713** does not have to be very fast at any point in time. The Media Switch **701** gives the CPU **713** as much time as possible to complete tasks. The parsing mechanism **705** and event queue **708** decouple the CPU **713** from parsing the audio, video, and buffers and the real time nature of the streams, which allows for lower costs. It also allows the use of a bus structure in a CPU environment that operates at a much lower clock rate with much cheaper memory than would be required otherwise.

The CPU **713** has the ability to queue up one DMA transfer and can set up the next DMA transfer at its leisure. This gives the CPU **713** large time intervals within which it can service the DMA controller **709**. The CPU **713** may respond to a DMA interrupt within a larger time window because of the large latency allowed. MPEG streams, whether extracted from an MPEG2 Transport or encoded from an analog TV signal, are typically encoded using a technique called Variable Bit Rate encoding (VBR). This technique varies the amount of data required to represent a sequence of images by the amount of movement between those images. This technique can greatly reduce the required bandwidth for a signal, however sequences with rapid movement (such as a basketball game) may be encoded with much greater bandwidth requirements. For example, the Hughes DirecTV satellite system encodes signals with anywhere from 1 to 10 Mb/s of required bandwidth, varying from frame to frame. It would be difficult for any computer system to keep up with such rapidly varying data rates without this structure.

With respect to FIG. **8**, the program logic within the CPU has three conceptual components: sources **801**, transforms **802**, and sinks **803**. The sources **801** produce buffers of data. Transforms **802** process buffers of data and sinks **803** consume buffers of data. A transform is responsible for allocating and queuing the buffers of data on which it will operate. Buffers are allocated as if "empty" to sources of data, which give them back "full". The buffers are then queued and given to sinks as "full", and the sink will return the buffer "empty".

A source **801** accepts data from encoders, e.g., a digital satellite receiver. It acquires buffers for this data from the downstream transform, packages the data into a buffer, then pushes the buffer down the pipeline as described above. The source object **801** does not know anything about the rest of the system. The sink **803** consumes buffers, taking a buffer from the upstream transform, sending the data to the decoder, and then releasing the buffer for reuse.

There are two types of transforms **802** used: spatial and temporal. Spatial transforms are transforms that perform, for example, an image convolution or compression/decompression on the buffered data that is passing through. Temporal transforms are used when there is no time relation that is expressible between buffers going in and buffers coming out of a system. Such a transform writes the buffer to a file **804** on the storage medium. The buffer is pulled out at a later time, sent down the pipeline, and properly sequenced within the stream.

Referring to FIG. **9**, a C++ class hierarchy derivation of the program logic is shown. The TiVo Media Kernel (Tmk) **904**, **908**, **913** mediates with the operating system kernel. The kernel provides operations such as: memory allocation, synchronization, and threading. The TmkCore **904**, **908**, **913** structures memory taken from the media kernel as an object.

US 7,558,472 B2

9

It provides operators, new and delete, for constructing and deconstructing the object. Each object (source **901**, transform **902**, and sink **903**) is multi-threaded by definition and can run in parallel.

The TmkPipeline class **905**, **909**, **914** is responsible for flow control through the system. The pipelines point to the next pipeline in the flow from source **901** to sink **903**. To pause the pipeline, for example, an event called "pause" is sent to the first object in the pipeline. The event is relayed on to the next object and so on down the pipeline. This all happens asynchronously to the data going through the pipeline. Thus, similar to applications such as telephony, control of the flow of MPEG streams is asynchronous and separate from the streams themselves. This allows for a simple logic design that is at the same time powerful enough to support the features described previously, including pause, rewind, fast forward and others. In addition, this structure allows fast and efficient switching between stream sources, since buffered data can be simply discarded and decoders reset using a single event, after which data from the new stream will pass down the pipeline. Such a capability is needed, for example, when switching the channel being captured by the input section, or when switching between a live signal from the input section and a stored stream.

The source object **901** is a TmkSource **906** and the transform object **902** is a TmkXfrm **910**. These are intermediate classes that define standard behaviors for the classes in the pipeline. Conceptually, they handshake buffers down the pipeline. The source object **901** takes data out of a physical data source, such as the Media Switch, and places it into a PES buffer. To obtain the buffer, the source object **901** asks the down stream object in his pipeline for a buffer (allocEmptyBuf). The source object **901** is blocked until there is sufficient memory. This means that the pipeline is self-regulating; it has automatic flow control. When the source object **901** has filled up the buffer, it hands it back to the transform **902** through the pushFullBuf function.

The sink **903** is flow controlled as well. It calls nextFullBuf which tells the transform **902** that it is ready for the next filled buffer. This operation can block the sink **903** until a buffer is ready. When the sink **903** is finished with a buffer (i.e., it has consumed the data in the buffer) it calls releaseEmptyBuf. ReleaseEmptyBuf gives the buffer back to the transform **902**. The transform **902** can then hand that buffer, for example, back to the source object **901** to fill up again. In addition to the automatic flow-control benefit of this method, it also provides for limiting the amount of memory dedicated to buffers by allowing enforcement of a fixed allocation of buffers by a transform. This is an important feature in achieving a cost-effective limited DRAM environment.

The MediaSwitch class **909** calls the allocEmptyBuf method of the TmkClipCache **912** object and receives a PES buffer from it. It then goes out to the circular buffers in the Media Switch hardware and generates PES buffers. The MediaSwitch class **909** fills the buffer up and pushes it back to the TmkClipCache **912** object.

The TmkClipCache **912** maintains a cache file **918** on a storage medium. It also maintains two pointers into this cache: a push pointer **919** that shows where the next buffer coming from the source **901** is inserted; and a current pointer **920** which points to the current buffer used.

The buffer scheme can be implemented using a memory pool where each buffer is allocated on demand by a memory manager. The buffers are linked together by next buff pointers in a linked list **918**. As buffers are released, they a freed back into the memory pool and are available to be allocated to other classes or tasks within the system. The push pointer **919**

10

points to the last buffer in the linked list while the current pointer **920** points to the current buffer used.

The buffer that is pointed to by the current pointer is handed to the Vela decoder class **916**. The Vela decoder class **916** talks to the decoder **921** in the hardware. The decoder **921** produces a decoded TV signal that is subsequently encoded into an analog TV signal in NTSC, PAL or other analog format. When the Vela decoder class **916** is finished with the buffer it calls releaseEmptyBuf.

The structure of the classes makes the system easy to test and debug. Each level can be tested separately to make sure it performs in the appropriate manner, and the classes may be gradually aggregated to achieve the desired functionality while retaining the ability to effectively test each object.

The control object **917** accepts commands from the user and sends events into the pipeline to control what the pipeline is doing. For example, if the user has a remote control and is watching TV, the user presses pause and the control object **917** sends an event to the sink **903**, that tells it pause. The sink **903** stops asking for new buffers. The current pointer **920** stays where it is at. The sink **903** starts taking buffers out again when it receives another event that tells it to play. The system is in perfect synchronization; it starts from the frame that it stopped at.

The remote control may also have a fast forward key. When the fast forward key is pressed, the control object **917** sends an event to the transform **902**, that tells it to move forward two seconds. The transform **902** finds that the two second time span requires it to move forward three buffers. It then issues a reset event to the downstream pipeline, so that any queued data or state that may be present in the hardware decoders is flushed. This is a critical step, since the structure of MPEG streams requires maintenance of state across multiple frames of data, and that state will be rendered invalid by repositioning the pointer. It then moves the current pointer **920** forward three buffers. The next time the sink **903** calls nextFullBuf it gets the new current buffer. The same method works for fast reverse in that the transform **902** moves the current pointer **920** backwards.

A system clock reference resides in the decoder. The system clock reference is sped up for fast play or slowed down for slow play. The sink simply asks for full buffers faster or slower, depending on the clock speed.

With respect to FIG. **10**, two other objects derived from the TmkXfrm class are placed in the pipeline for disk access. One is called TmkClipReader **1003** and the other is called Tmk-ClipWriter **1001**. Buffers come into the TmkClipWriter **1001** and are pushed to a file on a storage medium **1004**. TmkClip-Reader **1003** asks for buffers which are taken off of a file on a storage medium **1005**. A TmkClipReader **1003** provides only the allocEmptyBuf and pushFullBuf methods, while a TmkClipWriter **1001** provides only the nextFullBuf and releaseEmptyBuf methods. A TmkClipReader **1003** therefore performs the same function as the input, or "push" side of a TmkClipCache **1002**, while a TmkClipWriter **1001** therefore performs the same function as the output, or "pull" side of a TmkClipCache **1002**.

Referring to FIG. **11**, a preferred embodiment that accomplishes multiple functions is shown. A source **1101** has a TV signal input. The source sends data to a PushSwitch **1102** which is a transform derived from TmkXfrm. The Push-Switch **1102** has multiple outputs that can be switched by the control object **1114**. This means that one part of the pipeline can be stopped and another can be started at the user's whim. The user can switch to different storage devices. The Push-

US 7,558,472 B2

11

Switch **1102** could output to a TmkClipWriter **1106**, which goes onto a storage device **1107** or write to the cache transform **1103**.

An important feature of this apparatus is the ease with which it can selectively capture portions of an incoming signal under the control of program logic. Based on information such as the current time, or perhaps a specific time span, or perhaps via a remote control button press by the viewer, a TmkClipWriter **1106** may be switched on to record a portion of the signal, and switched off at some later time. This switching is typically caused by sending a "switch" event to the PushSwitch **1102** object.

An additional method for triggering selective capture is through information modulated into the VBI or placed into an MPEG private data channel. Data decoded from the VBI or private data channel is passed to the program logic. The program logic examines this data to determine if the data indicates that capture of the TV signal into which it was modulated should begin. Similarly, this information may also indicate when recording should end, or another data item may be modulated into the signal indicating when the capture should end. The starting and ending indicators may be explicitly modulated into the signal or other information that is placed into the signal in a standard fashion may be used to encode this information.

With respect to FIG. **12**, an example is shown which demonstrates how the program logic scans the words contained within the closed caption (CC) fields to determine starting and ending times, using particular words or phrases to trigger the capture. A stream of NTSC or PAL fields **1201** is presented. CC bytes are extracted from each odd field **1202**, and entered in a circular buffer or linked list (using a memory allocation scheme as described above) **1203** for processing by the Word Parser **1204**. The Word Parser **1204** collects characters until it encounters a word boundary, usually a space, period or other delineating character. Recall from above, that the MPEG audio and video segments are collected into a series of fixed-size PES buffers. A special segment is added to each PES buffer to hold the words extracted from the CC field **1205**. Thus, the CC information is preserved in time synchronization with the audio and video, and can be correctly presented to the viewer when the stream is displayed. This also allows the stored stream to be processed for CC information at the leisure of the program logic, which spreads out load, reducing cost and improving efficiency. In such a case, the words stored in the special segment are simply passed to the state table logic **1206**.

One skilled in the art will readily appreciate that although a circular buffer is specifically mentioned in areas above, a linked list using a memory pool allocation scheme, also described above, can be substituted in its place.

During stream capture, each word is looked up in a table **1206** which indicates the action to take on recognizing that word. This action may simply change the state of the recognizer state machine **1207**, or may cause the state machine **1207** to issue an action request, such as "start capture", "stop capture", "phrase seen", or other similar requests. Indeed, a recognized word or phrase may cause the pipeline to be switched; for example, to overlay a different audio track if undesirable language is used in the program.

Note that the parsing state table **1206** and recognizer state machine **1207** may be modified or changed at any time. For example, a different table and state machine may be provided for each input channel. Alternatively, these elements may be switched depending on the time of day, or because of other events.

12

Referring to FIG. **11**, a PullSwitch is added **1104** which outputs to the sink **1105**. The sink **1105** calls nextFullBuf and releaseEmptyBuf to get or return buffers from the PullSwitch **1104**. The PullSwitch **1104** can have any number of inputs. One input could be an ActionClip **1113**. The remote control can switch between input sources. The control object **1114** sends an event to the PullSwitch **1104**, telling it to switch. It will switch from the current input source to whatever input source the control object selects.

An ActionClip class provides for sequencing a number of different stored signals in a predictable and controllable manner, possibly with the added control of viewer selection via a remote control. Thus, it appears as a derivative of a TmkXfrm object that accepts a "switch" event for switching to the next stored signal.

This allows the program logic or user to create custom sequences of video output. Any number of video segments can be lined up and combined as if the program logic or user were using a broadcast studio video mixer. TmkClipReaders **1108**, **1109**, **1110** are allocated and each is hooked into the PullSwitch **1104**. The PullSwitch **1104** switches between the TmkClipReaders **1108**, **1109**, **1110** to combine video and audio clips. Flow control is automatic because of the way the pipeline is constructed. The Push and Pull Switches are the same as video switches in a broadcast studio.

The derived class and resulting objects described here may be combined in an arbitrary way to create a number of different useful configurations for storing, retrieving, switching and viewing of TV streams. For example, if multiple input and output sections are available, one input is viewed while another is stored, and a picture-in-picture window generated by the second output is used to preview previously stored streams. Such configurations represent a unique and novel application of software transformations to achieve the functionality expected of expensive, sophisticated hardware solutions within a single cost-effective device.

With respect to FIG. **13**, a high-level system view is shown which implements a VCR backup. The Output Module **1303** sends TV signals to the VCR **1307**. This allows the user to record TV programs directly on to video tape. The invention allows the user to queue up programs from disk to be recorded on to video tape and to schedule the time that the programs are sent to the VCR **1307**. Title pages (EPG data) can be sent to the VCR **1307** before a program is sent. Longer programs can be scaled to fit onto smaller video tapes by speeding up the play speed or dropping frames.

The VCR **1307** output can also be routed back into the Input Module **1301**. In this configuration the VCR acts as a backup system for the Media Switch **1302**. Any overflow storage or lower priority programming is sent to the VCR **1307** for later retrieval.

The Input Module **1301** can decode and pass to the remainder of the system information encoded on the Vertical Blanking Interval (VBI). The Output Module **1303** can encode into the output VBI data provided by the remainder of the system. The program logic may arrange to encode identifying information of various kinds into the output signal, which will be recorded onto tape using the VCR **1307**. Playing this tape back into the input allows the program logic to read back this identifying information, such that the TV signal recorded on the tape is properly handled. For example, a particular program may be recorded to tape along with information about when It was recorded, the source network, etc. When this program is played back into the Input Module, this information can be used to control storage of the signal, presentation to the viewer, etc.

US 7,558,472 B2

13

One skilled in the art will readily appreciate that such a mechanism may be used to introduce various data items to the program logic which are not properly conceived of as television signals. For instance, software updates or other data may be passed to the system. The program logic receiving this data from the television stream may impose controls on how the data is handled, such as requiring certain authentication sequences and/or decrypting the embedded information according to some previously acquired key. Such a method works for normal broadcast signals as well, leading to an efficient means of providing non-TV control information and data to the program logic.

Additionally, one skilled in the art will readily appreciate that although a VCR is specifically mentioned above, any multimedia recording device (e.g., a Digital Video Disk-Random Access Memory (DVD-RAM) recorder) is easily substituted in its place.

Turning now to FIG. **14**, a schematic block diagram of a top-level view of the invented system architecture is provided. In general, a system board **1400** embodying the invention includes an input section **1401** that accepts an input signal from one of a variety of sources. As described below, the input section **1401** is provided in different versions, each adapted to accept input from a different source. The output section **1402** includes a CPU **1403**, which largely functions to initialize and control operation of the various hardware components of the invention. As mentioned above, the CPU is decoupled from the high data rates of the video signal, thus reducing processor requirements. An MPEG-2 transport stream decoder/graphics subsystem **1404** accepts a transport stream delivered from the input section **1401** over a transport stream interface **1406**. The transport stream decoder/graphics subsystem **1404** communicates with the CPU **1403** by means of a host bus **1408**. While the transport stream decoder/graphics subsystem serves a variety of functions, described in detail below, its primary function is decoding of the transport stream received from the input section, and outputting the decoded stream as a video signal to a television set (not shown).

The output section further includes a media manager **1405**. While the media manager provides a number of functions, its major function is that of a bridging element between system components, due to the number and type of I/O functions it incorporates. For example, the media manager includes an IR receiver/transmitter interface to couple with the handheld remote control by which a user operates the invention. Furthermore, the media manager serves an important media processing function. As previously indicated, the transport signal is both routed to the MPEG-2 decoder and saved to the storage device by the media manager. The media manager **1405** communicates with the MPEG-2 transport stream decoder/graphics subsystem **1404** by means of a system bus **1407**. A preferred embodiment of the invention uses a PCI bus as the system bus. Advantageously, the output section is partitioned as three discrete chips: the CPU, the MPEG-2 decoder/graphics subsystem and the media manager. The simplicity of this partitioning arrangement enables a substantially reduced per-unit cost by dramatically reducing the time and budget required for initial design and development. Additionally, those skilled in the art will appreciate that the output section may also be provided as a single chip or chipset.

FIG. **15** shows the output section **1402** in greater detail. It will be appreciated that the output section encompasses the core components of the invention, the CPU **1403**, the MPEG-2 decoder/graphics subsystem **1404**, and the media manager **1405**. The CPU **1403** functions primarily to run the system software, as well as middleware and application software. The system software includes the OS (Operating System) kernel and the device drivers. The system software operates to initialize and control the various hardware components of the system. A more detailed description of the function of the CPU has been provided above. Almost all data movement in the system is based on DMA transfers or dedicated high-speed transport interfaces that do not involve the CPU. While a variety of RISC processors would be suitable for use in the invention, the current embodiment employs a VR5432 CPU, manufactured by NEC Corporation of New York N.Y., that provides a 64-bit MIPS RISC architecture with a 32K instruction cache and 32K data cache, running at 202 MHz clock frequency. The CPU is connected with the MPEG-2 decoder/graphics subsystem **1404** by means of a system bus **1407**.

An MPEG-2 decoder/graphics subsystem **1404**, such as, for example, the BCM7020, supplied by Broadcom Corporation of Irvine Calif. can be considered the central component of the output section **1402**. In fact, the MPEG-2 decoder/graphics subsystem **1404** incorporates a number of important components, including, but not limited to:

a host bridge;
a memory controller;
an MPEG-2 transport de-multiplexer;
at least one MPEG-2 decoder;
an audio/video decoder;
a PCI bridge;
a bus controller;
a modem interface; and
a SMARTCARD interface.

As described above, the transport stream generated by the input section **1401** is fed into one of the transport interfaces **1406**, whereupon it is demultiplexed into separate audio and video packet elementary streams (PES). These streams are then stored on the hard drive **1505** and played back through the outputs **1504**. The transport stream demultiplexer included in the MPEG-2 decoder/graphics subsystem **1404** is responsible for the demultiplexing operation. Prior to being played back, the audio and video packet streams are retrieved from the hard drive and reassembled into a transport stream. The transport stream is then decoded to a video signal. The MPEG-2 transport stream decoder included in the component **1404** is responsible for decoding the MPEG-2 transport stream. The component **1404** also includes a graphics engine for generating high-quality on-screen displays, such as interactive program guides. The output side of the component **1404** provides several outputs; including S-video, audio, SPDIR (Stereo Paired Digital Interface), CVBS (Composite Video Baseband Signal). Additionally, a SMARTCARD interface **1503**, and a modem port **1506** is provided to which a modem **1519** is interfaced. The SMARTCARD interface supports up to two SMARTCARD readers. More will be said about the SMARTCARD functionality below.

The output section **1402** further includes a memory element **1501**, under the control of the OS kernel. The system software provides a single device driver interface that enables all other device drivers to allocate contiguous memory buffers typically used for DMA (Direct Memory Access). The memory element is preferably SDRAM (Synchronous Dynamic Random Access Memory), preferably at least 32 MB.

However, other memory configurations are entirely within the spirit and scope of the invention. Furthermore, as will be described below, the invention may include other memory elements that are not under the control of the OS kernel.

A flash PROM (Programmable Read-only Memory) **1502** contains the boot code that initializes the system board state prior to booting the OS kernel, either from a hard drive or over a TCP/IP network connection. In addition to performing basic

15      16

system startup tasks such as memory test and POST (Power-On Self Test), the PROM **1502** also serves as a key component in the physical architecture of the system by ensuring that neither the PROM itself nor the OS kernel it is booting have been tampered with. This is accomplished by computing digital signatures over the PROM code as well as the OS kernel image.

As previously indicated, the media manager **1405**, connected to the MPEG-2 decoder/graphics subsystem **1404** by means of the PCI bus **1407**, performs a bridging or mediating function between many of the hardware components of the system, notably the CPU **1403**, the hard disk or storage device **1505**, and memory **1501**. The media manager **1405** provides this function by virtue of the assortment of interfaces and I/O devices integrated within the media manager. In the preferred embodiment of the invention, the media manager is implemented in an ASIC (Application Specific Integrated Circuit). However, the media manager could also be implemented in a programmable logic device, or it could also be composed of discrete devices. The media manager **1405** integrates at least the following:

an IDE host controller, with data encryption;
a DMA controller;
IR receiver/transmitter interface;
multiple UART's (Universal Asynchronous Receiver/ Transmitter);
multiple I$^2$C (Inter-IC) buses;
multiple GPIO's (General Purpose I/O's);
a PCI bus arbiter;
an MPEG-2 media stream processor;
a PCM (Pulse Code Modulation) audio mixer;
a high-speed transport output interface;
a fan speed control; and
front panel keyboard matrix scanner.

As shown in FIG. **15**, the media manager includes a thermocouple **1507** for monitoring system temperature. The thermocouple is interfaced with the media manager through one of the I$^2$C buses **1508**. In turn, fan speed is controlled by the system software, based on input from the thermocouple, through the fan control **1510** controlling the fan **1509**, to maintain the system at an optimal operating temperature.

As previously described, the media manager also mediates the transfer of media streams between the CPU **1403**, memory **1501**, and the hard drive **1505**. This is accomplished through the action of the media stream processor and the high-speed transport output interface mentioned above.

A secure micro controller, such as, for example, an AT90S3232C supplied by ATMEL Corporation of San Jose Calif., **1511** is interfaced with the media manager ASIC **1405** through one of the UART's **1512**. Preferably, the micro controller **1511** is one specifically designed for cryptographic applications such as encryption and authentication. In addition to providing a master key for disk encryption as described below, the micro controller also contains a private key unique to each unit that is created randomly during manufacturing. Once written into the component, the key cannot be read out and can only be used to respond to authentication challenges.

As shown, up to two hard drives **1505** are provided for storage of recorded video programming. As described above, the IDE host controller is integrated on the media manager ASIC **1405** and provides a disk encryption feature that can be applied to either disk drive on a per-transfer basis. The micro controller, as described above, generates, encrypts and decrypts a master key for disk encryption purposes.

An RS232 port **1514** interfaces with another of the UART's **1513**. A front panel navigation cluster **1516** is interfaced with the media manager ASIC through one of the GPIO's **1515**. An IR receiver and transmitter **1518** are interfaced with the media manager ASIC through an IR receiver/transmitter interface **1517**. The IR receiver assembly is mounted in the front panel navigation cluster, described in greater detail below, behind a transparent window. It receives a modulated signal from a handheld remote control and outputs the signal as is to the media manager ASIC, which either dispatches it to the CPU for further processing or provides a pass-through path to the IR transmitter **1518**.

A real-time clock (not shown) is interfaced with the media manager through one of the I$^2$C ports. Because the invention is intended for use as a personal video recorder, in which the user is able to program the system in advance to record selections at specified times, a real-time clock is a fundamental requirement.

As previously described, the input signal is accepted by an input section **1401** passed to the output section **1402** as an MPEG-2 transport stream. The input section is provided in one of several configurations, according to the type of source originating the signal. By providing an input section **1401** individualized to source type, while keeping the output section the same across all versions, it is possible to produce units in various configurations with only minor modifications to the system board. In this way, the scale of the manufacturing challenge posed by producing units to serve different markets is considerably reduced. Referring now to FIG. **16**, an input section **1401a** adapted to accept analog signals is shown. In the preferred embodiment, the analog input section accepts analog signals in a variety of formats: composite video, NTSC, PAL, SECAM or S-video.

In the case of NTSC signals, a tuner/RF demodulator **1601**, such as the TMDH-2 supplied by ALPS Electric, of San Jose Calif., sets the signal to the desired channel. Preferably, the tuner assembly incorporates the tuner, an RF demodulator and an RF bypass into the same component. The tuner assembly is controlled over the I$^2$C bus port exposed by the media manager ASIC **1405**.

A multi-standard sound processor **1603**, such as a MSP4448G, supplied by Micronas Semiconductor of Freiburg, Germany accepts analog audio input from the composite audio connectors or the tuner/RF demodulator **1601**. Additionally, it accepts digital audio input over an I$^2$S bus from the media manager ASIC **1405**. The resulting audio signal is output to an MPEG encoder **1604** over the I$^2$S bus.

The decoder **1602**, an NTSC/PAL/SECAM video decoder, such as, for example a SAA7114H video decoder, supplied by Philips Semiconductor, of Eindhoven, the Netherlands, accepts input from either the tuner/RF demodulator **1601**, the composite video inputs or the S-video input and converts it into the CCIR 656 (Comité Consultatif International des Radiocommunications, recommendation 656) digital format for input to an MPEG-2 encoder **1604**, such as, for example a BCM7040, supplied by BROADCOM.

The MPEG-2 encoder **1604** accepts input from the NTSC/PAL/SECAM video decoder **1602** and the audio input previously mentioned and produces an MPEG-2 transport stream as the output. In the preferred embodiment of the invention, the encoder **1604** is programmed to multiplex the audio and video inputs into a constant bitrate (CBR) MPEG-2 transport stream. However, in order to conserve disk space, it is also possible to program the encoder **1604** to produce a variable bit rate (VBR) stream. Subsequently, the transport stream is delivered to the decoder **1404** over the transport interface **1406** for demultiplexing and further processing. The input section **1401** a further includes a memory element **1605** that is not under the control of the OS kernel. FIGS. **19**A and **19**B

US 7,558,472 B2

17

provide a block schematic diagram of a system board **1900** incorporating the input section **1401***a* and the output section **1402**. As shown, the MPEG-2 encoder is connected to the MPEG-2 decoder/graphics subassembly **1404** as a client on the PCI bus **1407**.

A variation (not shown) of the analog front end includes a secondary input via an additional set of composite audio/video and/or S-video connectors for content originating from camcorders or VCR's. Additional hardware and software support is necessary in order for the variation to be fully enabled.

Turning now to FIG. **17**, an input section **1401***b* is shown adapted to accept a digital satellite signal. The digital satellite input section **1401***b* accepts input from dual satellite receivers **1701**. Demodulators **1702** demodulate the incoming QPSK (quadrature phase shift keying) to yield a transport stream. Because the satellite transport stream is not fully MPEG-2-compliant, the MPEG-2 decoder/graphics subassembly **1404** must have the capability of decoding either type of stream. Thus, the transport stream is passed to the output section **1402** via the transport interface **1406** without any further modification or processing. FIGS. **20**A and **20**B provide a block diagram of a system board **2000** incorporating the input section **1401***b*.

Referring to FIG. **18**, an input section **1401***c* designed to accept either digital or analog cable input is shown. The input section accepts input from one or more RF coaxial connectors **1801**, **1802** in both digital and analog format. The analog portion functions similarly to that of the analog input section **1401***a*. The video signal is decoded by dual NTSC decoders **1602**. The audio is processed by dual multi-standard sound processors **1603** and the resulting output is fed to dual MPEG-2 encoders. It should be noted that, in the current version of the input section, each component is provided in duplicate. The digital cable signal is routed to dual demodulators **1803**. Depending on the cable signal modulation, the demodulators may be either or both of QAM (quadrature amplitude modulation) and QPSK, either with or without DOCSIS (Data Over Cable Service Interface Specification) and/or DAVIC (Digital Audio Visual Council) support. As shown, the digital signal demodulators have associated with them a memory element **1804** that is controlled independently of the OS kernel. FIGS. **21**A and **21**B provide a block diagram of a system board **2100** incorporating the digital cable input section **1401***c*. As in the previous versions, transport streams are passed to the output section **1402** via the transport interface **1406**. The digital cable input section **1401***c* is connected to the MPEG-2 decoder/graphics subsection **1404** as a client on the PCI bus.

As previously described, the invention is intended to be used as a PVR (Personal Video Recorder), in which a user may view a selected video stream in real-time, or they may view a recorded video stream, examining the video stream by taking advantage of such features as rewind, pause, play, stop, slow play, fast forward, and the like. Furthermore, controls are provided for selecting programming to be recorded and for specifying additional recording parameters. To that end, the invention includes user control interfaces. Primarily, user interaction with the invention is by way of a battery-powered, handheld IR remote control. Activating the various controls by the user causes a modulated IR beam to be emitted and received by the PVR. The IR receiver/transmitter system and interface have been previously described in detail. However, an alternate embodiment of the invention provides an RF-enabled remote control, receiver/transmitter and interface, either instead of or in addition to the IR driven remote control.

In addition to the remote control, the user may interact with the invention by means of a navigation cluster, comprising

18

buttons or keys, on a front panel of the unit. Advantageously, the navigation cluster substantially duplicates the functions of the remote control. Thus, the navigation cluster permits control of the invention, even if the remote control is lost, or stolen, or needs the batteries replaced. As described above, an interface for the navigation cluster is provided on the media manager ASIC.

As previously indicated, the system board supports SMARTCARD functionality. A SMARTCARD reader is accessible through a slot provided on the front panel of the invention. The SMARTCARD slot is intended for use in commerce applications where user authentication is required for billing purposes, such as pay-per-view programming, music sales, merchandise sales and the like.

The invention is produced using conventional manufacturing techniques well known to those skilled in the art of microelectronics design and manufacturing.

As described above, the media manager ASIC includes a media stream processor. Conventionally, media stream processors have been only able to process a single channel, providing a serious bottleneck to the system's throughput. Related, commonly owned applications have described multi-channel media processors that eliminate this bottleneck. Additionally, conventional media stream processors have had to be in the data path of the stream they are processing. Such a requirement necessitates that the processor be integrated on the system board in a manner that would make it very difficult to upgrade the media stream processor without replacing the system board. It would be a great advantage to provide a system independent device to upgrade a PVR's media stream processor capability from single-channel to multi-channel, which could be flexibly incorporated with existing hardware. To that end, the invention provides a system-independent, multi-channel media stream processor **1000**. As FIG. **22** shows, the multi-channel media stream processor includes:

a system interface **2201**;
a media stream identifier **2202**;
a media stream processor core **2203**;
a multi-channel state engine **2204**; and
a media stream identification generator **2205**.

The system interface **2201** serves as a completely passive, slave client on the system bus, not interfering in any way with data transfer, merely observing or "sniffing" the bus. While the remaining components of the invented media stream processor are system-independent, the system interface **2201** may be tailored to a specific system, or it may be adapted to connect to several different systems, either by means of hardwired elements, or through the use of programming switches. In the case of a unique or proprietary system, the system interface can be placed to observe on the memory bus instead, owing to the fact that hardware and protocols on memory buses are nearly universally uniform. The system interface provides a connection by which the media processor may observe the system bus.

System data is sent to the media stream identifier **2202**, which distinguishes media streams from other data, in order to identify data that needs to be processed. The media stream identifier uses information such as source and destination addresses, which in most systems are hardwired signals, to identify media streams.

As media streams are identified, the media stream identification generator **2205** tags media stream data objects so that they may be associated with their respective media streams. Following tagging, the media stream data is routed to the media stream processor core **2203**, where it is processed in parallel, rather than in a single channel. By processing the

**19**

media streams in this manner, it is possible to achieve a four to eightfold increase in throughput.

In the case of multiple media streams, the multi-channel state engine **2204** saves the state of the media processor when a different media stream identification is presented, indicating that the media stream has switched. When the original media stream is again presented, the state is reloaded and processing of the original stream is resumed.

The resulting process is saved to a media data structure. Such data structures are commonly known. As each stream is processed, it is sent to system memory as needed.

While the multi-channel media stream processor has been described herein as an upgrade device, it also could be incorporated into a new system as the media processor. It provides the advantage of being easily incorporated into a system architecture without requiring major retooling of the system board.

The multi-channel media stream processor may be implemented using discrete components or in a programmable logic device, using known methods of programming if such devices.

Although the invention has been described herein with reference to certain preferred embodiments, one skilled in the art will readily appreciate that other applications may be substituted for those set forth herein without departing from the spirit and scope of the present invention. Accordingly, the invention should only be limited by the claims included below.

The invention claimed is:

1. A system for the simultaneous storage and playback of multimedia data, comprising:

an input section for acquiring an input signal;

an output section, wherein said input signal is passed to said output section as a transport stream; said output section including:

a processor;

a decoder subsystem that decodes said transport stream, said decoder subsystem connected to said processor by a first data bus; and

a media switch connected to said decoder subsystem by a second data bus, said media switch operative to interface a plurality of system components and operates asynchronously from said processor, wherein said media switch comprises a media manager, said media manager including:

a host controller;

a DMA controller:

a bus arbiter; and

a multimedia data stream processor; and

a storage subsystem connected to said media switch, wherein multimedia data are stored on said storage subsystem and retrieved from said storage subsystem essentially simultaneously.

2. The system of claim 1, wherein said input section is adapted to accept an analog input signal.

3. The system of claim 2, wherein said input section accepts said analog input signal from any of: RF coaxial, composite audio/video or S-video connectors.

4. The system of claim 2, said input section comprising:

a tuner for selecting a desired channel;

a decoder for digitizing a video component of said input signal;

a sound processor for processing an audio component of said input signal into a digitized audio component;

**20**

an encoder, wherein said encoder receives digitized video and audio components, whereupon said digitized video and audio components are encoded and multiplexed into a transport stream.

5. The system of claim 4, further comprising a memory element.

6. The system of claim 3, further comprising a secondary input, said secondary input comprising any of: a second set of RF coaxial, composite audio/video or S-video connectors.

7. The system of claim 1, wherein said input section is adapted to accept a digital satellite input signal.

8. The system of claim 7, wherein said input section comprises:

at least one satellite tuner; and

at least one demodulating element to demodulate the digital satellite signal to a transport stream.

9. The system of claim 1, wherein said input section is adapted to accept an input signal in both analog and digital formats from at least one RF coaxial connector.

10. The system of claim 9, wherein said input section comprises:

at least one tuner for selecting a desired channel;

at least one decoder for digitizing a video component of said input signal;

at least one sound processor for processing an audio component of said input signal into a digitized audio component;

an encoder having multi-stream encode capability, wherein said encoder receives said digitized video and audio components, whereupon said digitized video and audio components are encoded and multiplexed into a transport stream.

11. The system of claim 10, further comprising at least one memory element.

12. The system of claim 1, said output section further comprising a transport interface, wherein said transport interface receives said transport stream from said input section.

13. The system of claim 12, said decoder further comprising a transport stream decoder/graphics subsystem.

14. The system of claim 13, wherein said transport stream decoder/graphics subsystem includes any combination of:

a host bridge;

a memory controller;

an MPEG-2 transport demultiplexer;

an MPEG-2 decoder;

an audio/video decoder;

a graphics processor;

a bus bridge; or

a bus controller.

15. The system of claim 14, said transport stream decoder/graphics subsystem further comprising at least one transport stream interface, wherein said transport stream interface receives said transport stream from said input section.

16. The system of claim 14, wherein said transport stream is demultiplexed into audio and video packet streams, wherein said audio and video packet streams are stored and played back though an output side of said transport stream decoder/graphics subsystem.

17. The system of claim 14, wherein said transport stream decoder/graphics subsystem further comprises a plurality of outputs, wherein said decoded transport stream is output to a television, said outputs including any of:

S-video;

audio;

SPDIR (Stereo Paired Digital Interface); or

CVBS (Composite Video Baseband Signal).

US 7,558,472 B2

21

**18**. The system of claim **14**, further comprising a SMART-CARD interface and at least one SMARTCARD reader interfaced to said transport stream decoder/graphics subsystem.

**19**. The system of claim **14**, further comprising a flash PROM connected to said transport stream decoder/graphics subsystem, said PROM containing boot code that initializes said system prior to loading of an operating system kernel.

**20**. The system of claim **14**, further comprising a SDRAM connected to said transport stream decoder/graphics subsystem.

**21**. The system of claim **1**, wherein said processor comprises a MIPS processor.

**22**. The system of claim **1**, wherein said processor is operative to run system software, middleware, and application software.

**23**. The system of claim **22**, wherein said system software includes at least: an operating system kernel and device drivers, said system software operative to initialize and control hardware components.

**24**. The system of claim **1**, wherein said media manager is implemented in an ASIC (Application Specific Integrated Circuit) or a programmable logic device.

**25**. The system of claim **1**, further comprising a real-time clock connected to an I$^2$S bus.

**26**. The system of claim **1**, further comprising a secure micro controller connected to a UART (Universal Asynchronous Receiver/Transmitter) included in said media manager, said micro controller operative in cryptographic applications, including authentication and encryption/decryption.

22

**27**. The system of claim **1**, further comprising a RS232 port coupled to a UART (Universal Asynchronous Receiver/Transmitter) included in said media manager.

**28**. The system of claim **1**, further comprising a IEEE1394 interface included in said media manager.

**29**. The system of claim **1**, further comprising a front panel LED array coupled to a GPIO (General Purpose Input/Output) included in said media manager.

**30**. The system of claim **1**, further comprising a front panel navigation cluster coupled to a GPIO (General Purpose Input/Output) included in said media manager.

**31**. The system of claim **1**, further comprising a remote control coupled to an JR receiver/transmitter interface included in said media manager.

**32**. The system of claim **1**, wherein said second bus element comprises a system bus.

**33**. The system of claim **32**, wherein said system bus comprises a PCI bus.

**34**. The system of claim **33**, further comprising a USB (Universal Serial Bus) controller coupled to said PCI bus.

**35**. The system of claim **1**, wherein said system is implemented as a system board.

**36**. The system of claim **1**, wherein said output section is implemented as a plurality of microchips, the microchips connected to each other by said first and second bus elements.

**37**. The system of claim **1**, wherein said output section is implemented as either a single microchip or a chipset.

\*    \*    \*    \*    \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.         : 7,558,472 B2                          Page 1 of  1
APPLICATION NO. : 09/935426
DATED                 : July 7, 2009
INVENTOR(S)       : David Locket et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In Claim 1, at column 19, line 41, after "bus;" delete "and"

In Claim 31, at column 22, line 13, delete "JR" and insert therefor --IR--

Signed and Sealed this

Eighteenth Day of August, 2009

David J. Kappos
*Director of the United States Patent and Trademark Office*