# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TIVO INC., <br><br> Plaintiff, <br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC. <br><br> Defendants. | Case No. 2:15-cv-1503 <br><br> **JURY TRIAL DEMANDED** |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Counterclaim Plaintiffs, <br> vs. <br><br> TIVO INC. <br><br> Counterclaim Defendant. | |

## ORDER GRANTING SAMSUNG'S MOTION TO COMPEL TIVO'S INFRINGEMENT CONTENTIONS

Before the Court is Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s (collectively, "Samsung") Motion to Compel TiVo's Infringement Contentions. The Court, after consideration, is of the opinion that said motion should be GRANTED as follows:

TiVo is ordered to supplement its infringement contentions to comply with P.R. 3-1 or to invoke P.R. 3-1(g) (on an element by element basis) no later than one week (seven days) from the date of this order. Should TiVo invoke P.R. 3-1(g), TiVo must supplement its

infringement contentions within 30 days of Samsung's source code production or as the court otherwise orders.

IT IS, THEREFORE, ORDERED that Samsung's Motion to Compel TiVo's Infringement Contentions is hereby GRANTED.