# Exhibit E

| the Claim | Samsung DVRs[1] |
|---|---|
| **Claim 1** | |
| 1[a]. A process for the simultaneous storage and play back of multimedia data, comprising the steps of: | A Samsung DVR can simultaneously store and play back multimedia data. *See, e.g.,* http://www.timewarnercable.com/MediaLibrary/1/1/FAQ/Digital%20Cable/Samsung/Samsung_SMT_3090HD_UserGuide.pdf (Samsung SMT-H3090 2008 User Guide), p. 2 ("Viewing one program while recording another program." "Simultaneous Time Shifted Buffering for two Programs."); p. 9 ("Record two live TV programs simultaneously while watching two recorded programs on HDD.") <br><br> "TIME WARNER CABLE AND SAMSUNG FORGE AGREEMENT FOR TRU2WAY SET-TOP DEVELOPMENT, PURCHASE & DEPLOYMENT <br> **Release Date: 07/06/2009** <br><br> Time Warner Cable and Samsung today announced that they have signed a letter of commitment for the continued development, purchase and deployment of Samsung True2Way enabled set-top boxes, including the first second-source DVR. <br> "We look to offer our customers advanced set-top boxes with features that are simple and easy to use," said Mike Hayashi, Executive Vice President of Advanced Engineering for Time Warner Cable. "We have been a leader in the roll-out of Tru2Way devices and we are continuing to grow our relationship with Samsung, a CE company dedicated to the development of new equipment meeting the necessary standards and offering attractive feature sets." <br> Thomas Rhee, SVP, New Business Development for Samsung, added, "We are thrilled to have worked closely with Time Warner Cable to launch Tru2way on our family of cable set-tops including the SMT-H3090 and SMT-H3270 High Definition DVRs. As in Korea, we look forward to the expansion of Tru2way in North America." <br> This agreement further solidifies Time Warner Cable's commitment to its deployment of Tru2Way enabled set-top boxes. To date Time Warner Cable has deployed over 2 million Tru2Way set-top boxes, of which approximately 400,000 are Samsung boxes. <br> Time Warner Cable and Samsung also recently signed an MOU that focuses on collaborating in development of better home |

[1] In this chart, reference is made to a Samsung DVR identified as SMT-H3090. The same analysis applies to other Samsung DVRs with the same functionality, including but not limited to set top boxes with DVR functionality bearing the model designations, SMT-H3272, SMTH3270, and SMT-H4372 and other DVRs having the same functionality. Additionally, this chart also references the specific processor included in the SMT-H3090. The same analysis applies to DVRs that include other processors with the same functionality, for example the processors in each of the accused DVRs.

| the Claim | Samsung DVRs[1] |
|---|---|
| |  |
| | To the extent any differences are alleged to exist between this claim element and the above referenced functionality, such differences are insubstantial. On information and belief, the hardware and software in the Samsung DVRs perform substantially the same function as the physical data source, for example that accepting, parsing, and temporarily storing, in substantially the same way, for example by receiving data that has been transmitted to the DVR, PID filtering, startcode detecting and otherwise analyzing that data, and writing that data to memory locations and disks, to yield the same result, a properly formatted data stream for further processing by the rest of the system. |
| [31c] providing a source object, wherein said source object extracts video and audio data from said physical data source; | A Samsung DVR provides a source object, a collection of data and operations that, among other things, extracts video and audio data from the physical data source. For example, in a Samsung DVR, video and audio data move from the Broadcom BCM3255 chip, or similar chip, to memory, including DRAM and/or the Data Transport processor of the Broadcom 7400 chip, or similar chip, and from the BCM7400 chip, or similar chip, to memory, including DRAM. *See, e.g.,* (BCM7400 Product Brief) (showing Transport Input data going into MPEG-2/DVB Transport of the Broadcom BCM7400 chip: |

EXHIBIT A TO TIVO INFRINGEMENT CONTENTIONS
'389 PATENT
SAMSUNG DVRS

| the Claim | Samsung DVRs |
|---|---|
| | 

**BCM7400 Block Diagram**

(BCM7400 Product Brief) (showing data moving out of BCM3255 to BCM7400, and showing data moving to and from the 512 MB 64-bit DDR RAM and the BCM7400 chip): |

EXHIBIT A TO TIVO INFRINGEMENT CONTENTIONS
'389 PATENT
SAMSUNG DVRS

| the Claim | Samsung DVRs[1] |
|---|---|



To the extent any differences are alleged to exist between this claim element and the above referenced functionality, such differences are insubstantial. On information and belief, the hardware and software in the Samsung DVRs perform substantially the same function as the Source Object, for example that of extracting video and audio data from said physical data source, in substantially the same way, for example by using one or more instantiations of software codes and/or hardware/firmware combinations, to yield the same result, data and operations executing in the DVR that operate on the video and audio data from the physical data source.

| [31d] providing a transform object, wherein said transform object stores and retrieves data streams onto a storage device; | A Samsung DVR provides a transform object, a collection of data and operations that, among other things, transforms the form of data upon which it operates. For example, Samsung DVRs transform the form of the data. Upon information and belief, the Samsung DVRs store television program data during recording, and play back certain portions, such as certain frames, during certain trickplay operations.

As another example, Samsung DVRs also perform a temporal transform. For example, Samsung DVRs allow users to store television programs to watch at a later time or can pause live television. *See, e.g.,*

http://www.timewarnercable.com/MediaLibrary/1/1/FAQ/Digital%20Cable/Samsung/Samsung_SMT_3090HD_UserGuide.pdf |

EXHIBIT A TO TIVO INFRINGEMENT CONTENTIONS
'389 PATENT
SAMSUNG DVRS

| the Claim | Samsung DVRs[1] |
|-----------|-----------------|

(Samsung SMT-H3090 2008 User Guide), p. 10 ("User can pause live TV program for a certain amount of time, and resume it to watch. The STB allows 90 minutes of recording for Time-shift recording."); p. 10 ("Record two live TV programs simultaneously while watching two recorded programs on HDD.")

Samsung DVRs store data streams on and retrieve data streams from a hard disk drive (HDD) during recording and playback, respectively. *See, e.g.,* (BCM7400 Product Brief) (showing SATA II interface to HDD):



http://www.timewarnercable.com/MediaLibrary/1/1/FAQ/Digital%20Cable/Samsung/Samsung_SMT_3090HD_UserGuide.pdf
(Samsung SMT-H3090 2008 User Guide), at 6:

| the Claim | Samsung DVRs[1] |
|---|---|
| | **Digital HD DVR STB (SMT-H3090) provides the following functions.** |

Inside the Samsung DVRs cell:

**Digital HD DVR STB (SMT-H3090) provides the following functions.**

- An MPEG decoder capable of processing HD/SD stream
- SCTE55-1, 55-2 and DOCSIS Cable Modem for OOB Signaling
- Digital AV transmission, such as IEEE1394 and HDMI
- Content Protection
- CableCARD Interface for CAS
- OCAP™ 1.0 application platform
- DVR Features
- Recording :

| HDD | Capacity |
|---|---|
| 160GB | Up to 65 hours for SD (Standard Definition) stream |
| | Up to 15 hours for HD (High Definition) stream. |
| 320GB | Up to 130 hours for SD (Standard Definition) stream |
| | Up to 30 hours for HD (High Definition) stream. |

In the course of recording a television program, Samsung DVRs may generate index information using start code information. For example, in the Samsung DVRs, on information and belief, data streams in the form of MPEG2 transport stream packets are stored in blocks on the hard disk drive. Index information is stored on the hard disk drive as *.clt files, which have pointers to the locations of the MPEG2 transport stream packets of the various recorded programs.

To the extent any differences are alleged to exist between this claim element and the above referenced functionality, such differences are insubstantial. On information and belief, the hardware and software in the Samsung DVRs perform substantially the same function as the Transform Object, for example that of storing and retrieving data streams onto a storage device, in substantially the same way, for example by using one or more instantiations of software codes and/or hardware/firmware combinations, to yield the same result, data and operations executing in the DVR that move video and audio data to and from storage locations.

| [31e] wherein said source objects obtains a buffer from said transform object, said source object | A Samsung DVR provides a source object, a collection of data and operations that, among other things, obtains a buffer from the transform object, converts video data into data streams, and fills the buffer with the streams. Samsung DVR software obtains a buffer, converts video data into data streams and fills the buffer with the streams. *See, e.g.,* (BCM7400 Product Brief) ("The BCM7400 incorporates a complete MIPS32-Verified™ microprocessor subsystem, including caches with bridging to memory and a local bus.") |

| the Claim | Samsung DVRs[1] |
|---|---|
| converts video data into data streams and fills said buffer with said streams; | On information and belief, Samsung DVR software converts the data, for example, during selection of a particular channel, and similar functions, including without limitation recording a television program. *See, e.g.,* (BCM7400 Product Brief) (showing a MPEG-2/DVB Transport unit):<br><br><br><br>**BCM7400 Block Diagram**<br><br>Also, a Samsung DVR has a buffer in the system memory. *See, e.g.,* (BCM7400 Product Brief) ("("The BCM7400 incorporates a complete MIPS32-Verified™ microprocessor subsystem, including caches with bridging to memory and a local bus.").<br><br>To the extent any differences are alleged to exist between this claim element and the above referenced functionality, such differences are insubstantial. On information and belief, the hardware and software in the Samsung DVRs perform substantially the same function as the Source Object, for example that of obtaining a memory location, converting the data stream, and filling the memory location in substantially the same way, for example by using one or more instantiations of software codes and/or hardware/firmware combinations, to yield the same result, data and operations executing in the DVR that operate on the video |

EXHIBIT A TO TIVO INFRINGEMENT CONTENTIONS
'389 PATENT
SAMSUNG DVRS

5463861

| the Claim | Samsung DVRs[1] |
|---|---|
| | and audio data in conjunction with memory locations and other software processes. |
| [31f] wherein said source object is automatically flow controlled by said transform object; | A Samsung DVR has a source object that, among other things, is automatically flow controlled by a transform object.  On information and belief, the Samsung DVR software has self-regulating data flow in relation to, for example, the single-port DRAM.  *See, e.g.,* (BCM7400 Product Brief) ("The BCM7400 incorporates a complete MIPS32-Verified™ microprocessor subsystem, including caches with bridging to memory and a local bus.").  |

EXHIBIT A TO TIVO INFRINGEMENT CONTENTIONS
'389 PATENT
SAMSUNG DVRS

| the Claim | Samsung DVRs[1] |
|---|---|
| | (showing standard single-port Samsung K4T511630G 512MB RAM and Samsung K4H561638 RAM).

In regular operation, there is no significant corruption of data due to overwriting or lack of self-regulation.

To the extent any differences are alleged to exist between this claim element and the above referenced functionality, such differences are insubstantial.  On information and belief, the hardware and software in the Samsung DVRs perform substantially the same function as the Transform Object's automatic flow control of the Source Object, for example that of self-regulating the processing, in substantially the same way, for example by using one or more instantiations of software codes and/or hardware/firmware combinations, to yield the same result, data and operations executing in the DVR that are self regulated. |
| [31g] providing a sink object, | A Samsung DVR provides a sink object, a collection of data and operations that, among other things, obtains data stream buffers from a transform object and outputs the streams to a video and audio decoder.  The Samsung DVR software obtains data streams |

| the Claim | Samsung DVRs[1] |
|---|---|
| wherein said sink object obtains data stream buffers from said transform object and outputs said streams to a video and audio decoder; | from a buffer retrieved from a transform object and the hard disk drive and outputs the data streams to a video and audio decoder. *See, e.g.,* (BCM7400 Product Brief) ("The BCM7400 incorporates a complete MIPS32-Verified™ microprocessor subsystem, including caches with bridging to memory and a local bus.").<br><br>A Samsung DVR has a video and audio decoder that converts data streams into display signals and sends those signals to a display. *See, e.g.,* (BCM7400 Product Brief):<br><br><br><br>**BCM7400 Block Diagram**<br><br>(Samsung SMT-H3090 2008 User Guide), at 6: |

5463861

| the Claim | Samsung DVRs[1] |
|---|---|

# Digital HD DVR STB

Digital HD DVR OCAP STB (Digital High-Definition Digital Video Recorder
OpenCable Application Platform Set-Top Box) provides high quality video and audio
broadcasting, and interactive services including Video-On-Demand.

**Digital HD DVR STB (SMT-H3090) provides the following functions.**
- An MPEG decoder capable of processing HD/SD stream
- SCTE55-1, 55-2 and DOCSIS Cable Modem for OOB Signaling
- Digital AV transmission, such as IEEE1394 and HDMI
- Content Protection
- CableCARD Interface for CAS
- OCAP™ 1.0 application platform
- DVR Features
- Recording :

| HDD | Capacity |
|---|---|
| **160GB** | Up to 65 hours for SD (Standard Definition) stream |
| | Up to 15 hours for HD (High Definition) stream. |
| **320GB** | Up to 130 hours for SD (Standard Definition) stream |
| | Up to 30 hours for HD (High Definition) stream. |

(Samsung SMT-H3090 2008 Data Sheet), at 1:



imagine Samsung SMT-H3090 is Dual tuner Digital Video Recorder(DVR) which
provides Standard Definition (SD), High-Definition(HD) and Analog video signals.
Dual tuner DVR allows cable subscribers to watch and record two HD programs
simultaneously.

(Samsung SMT-H3090 2008 Data Sheet), at 2:

| the Claim | Samsung DVRs[1] |
|---|---|



**Home Networking**

_ Contents sharing with networked media devices by using
advanced Home network standards (DLNA, UPnP)
_ DTCP-IP for Home network content protection
_ MoCA(Multimedia over Coaxial Alliance) upgradable (Optional)

**Back Panel Features**

| Feature | Description |
|---|---|
| RF Input | F-type Female |
| AV Out | 2 NTSC-M RCA(CVBS), S-Video, Component(Y/Pb/Pr) Video, HDMI, 2 RCA, 2 S/PDIF (Optical, Electrical) |
| AV In | 1 Component(Y/Pb/Pr) Video, 1 RCA(L/R) |
| Connections-Interactive | USB 2.0 Host, IEEE1394, E-SATA, RJ-45 Ethernet(10/100M) |
| CableCARD | Multi-Stream CableCARD™ |
| Power | AC 120V, 60Hz, AC Outlet |

To the extent any differences are alleged to exist between this claim element and the above referenced functionality, such differences are insubstantial. On information and belief, the hardware and software in the Samsung DVRs perform substantially the same function as the Sink Object, for example that of obtaining buffers or pointers thereto and outputting data streams, in substantially the same way, for example by using one or more instantiations of software codes and/or hardware/firmware combinations, to yield the same result, datastreams being output to a decoder.

---

**[31h] wherein said decoder converts said streams into display signals and sends said signals to a display;**

A Samsung DVR has a decoder that converts data streams into display signals and sends those signals to a display. *See, e.g.,* (Broadcom BCM 7400 Product Brief), at 1:

**F E A T U R E S**

- **Dual advanced AVC/MPEG-2/VC-1 decoders**
  - H.264/AVC Main and High Profile to Level 4.1
  - VC-1 Advanced Profile @ Level 3
  - VC-1 Simple and Main Profile
  - HD MPEG-2 and SD MPEG-2
  - MPEG still-picture decode
  - DivX® and MPEG4 part 2 ASP decode

(Broadcom BCM 7400 Product Brief), at 2 (showing video decoders):

| the Claim | Samsung DVRs[1] |
|---|---|
| [31i] wherein said sink object is automatically flow controlled by said transform object; | A Samsung DVR has a sink object that, among other things, is automatically flow controlled by a transform object. On information and belief, the Samsung DVR playback software has self-regulated data flow in relation to, for example, the DRAM. *See, e.g.,* (BCM7400 Product Brief) ("The BCM7400 incorporates a complete MIPS32-Verified™ microprocessor subsystem, including caches with bridging to memory and a local bus.").<br><br><br><br>In regular operation, there is no significant corruption of data due to overwriting or lack of self-regulation.<br><br>To the extent any differences are alleged to exist between this claim element and the above referenced functionality, such differences are insubstantial. On information and belief, the hardware and software in the Samsung DVRs perform substantially the same function as the Transform Object's automatic flow control of the Sink Object, for example that of self-regulating the processing, in substantially the same way, for example by using one or more instantiations of software codes and/or |

EXHIBIT A TO TIVO INFRINGEMENT CONTENTIONS
'389 PATENT
SAMSUNG DVRS

| the Claim | Samsung DVRs[1] |
|---|---|
| | hardware/firmware combinations, to yield the same result, data and operations executing in the DVR that are self regulated. |
| [31j] providing a control object, wherein said control object receives commands from a user, said commands control the flow of the broadcast data through the system; and | A Samsung DVR provides a control object, a collection of data and operations that, among other things, receives user commands, which control the flow of the broadcast data through the system. The Samsung DVR software is responsive to front panel buttons and a remote control. On information and belief, the remote control sends IR signals that are received by the Samsung DVR. The hardware and software receives user commands, which control the flow of data through the system, e.g., begin recording, channel change, trickplay, etc. *See, e.g.,* (BCM7400 Product Brief) (showing front panel controls input to the BCM7400 chip):<br><br><br><br>http://www.timewarnercable.com/MediaLibrary/1/1/FAQ/Digital%20Cable/Samsung/Samsung_SMT_3090HD_UserGuide.pdf (Samsung SMT-H3090 2008 User Guide), at 10: |

## DVR Features

SMT-H3090 supports DVR feature through the Hard Disk Drive as follows.

| Feature | Description |
|---------|-------------|
| File Playback | Play, Stop, Rewind, Pause for recorded contents. |
| File Trick Mode | 1, 4, 8, 32 times FFP (Fast Forward Play) |
| | 1, 4, 8, 32 times FRP (Fast Rewind Play) |
| | 1/2, frame by frame skipping SFP (Slow Forward Play) |
| | 1/2, Frame by frame SRP (Slow Rewind Play) |
| Time-Shift Recording | User can pause live TV program for a certain amount of time, and resume it to watch. The STB allows 90 minutes of recording for Time-shift recording. |
| Instant Recording | Record live TV program instantly |
| Watching and Recording | Record two live TV programs simultaneously while watching two recorded programs on HDD. |
| Audio/Radio Recording | Audio or Radio program recording |
| Simultaneous Recording and Time Shift Recording | Up to two Simultaneous Recording and Time-Shift Recording on live TV programs |
| EPG Recording | Scheduled recording using EPG |

To the extent any differences are alleged to exist between this claim element and the above referenced functionality, such differences are insubstantial. On information and belief, the hardware and software in the Samsung DVRs perform substantially the same function as the Control Object, for example that of receiving commands same way, for example by using one or more instantiations of software codes and/or hardware/firmware combinations, to yield the same result, controlling the flow of the broadcast data through the system.

| | |
|---|---|
| [31k] wherein said control object sends flow command events to said source, transform, and | A Samsung DVR provides a control object, a collection of data and operations that, among other things, sends flow command events to source, transform, and sink objects. On information and belief, the remote control sends IR signals that are received by the Samsung DVR. The Samsung DVR software is responsive to front panel buttons and a remote control. The hardware and software receives user commands and sends command events to other portions of the software to control the various functions of the unit, e.g., channel selection, start recording, trickplay, picture-in-picture, etc. *See, e.g.*, (BCM7400 Product Brief) (showing front panel controls input to the BCM7400 chip): |

| the Claim | Samsung DVRs[1] |
|---|---|
| sink objects. |  |

http://www.timewarnercable.com/MediaLibrary/1/1/FAQ/Digital%20Cable/Samsung/Samsung_SMT_3090HD_UserGuide.pdf (Samsung SMT-H3090 2008 User Guide), at 10:

| the Claim | Samsung DVRs[1] |
|---|---|
| | ## DVR Features<br><br>SMT-H3090 supports DVR feature through the Hard Disk Drive as follows.<br><br>| Feature | Description |<br>\|---\|---\|<br>\| **File Playback** \| Play, Stop, Rewind, Pause for recorded contents. \|<br>\| **File Trick Mode** \| 1, 4, 8, 32 times FFP (Fast Forward Play)<br>1, 4, 8, 32 times FRP (Fast Rewind Play)<br>1/2, frame by frame skipping SFP (Slow Forward Play)<br>1/2, Frame by frame SRP (Slow Rewind Play) \|<br>\| **Time-Shift Recording** \| User can pause live TV program for a certain amount of time, and resume it to watch. The STB allows 90 minutes of recording for Time-shift recording. \|<br>\| **Instant Recording** \| Record live TV program instantly \|<br>\| **Watching and Recording** \| Record two live TV programs simultaneously while watching two recorded programs on HDD. \|<br>\| **Audio/Radio Recording** \| Audio or Radio program recording \|<br>\| **Simultaneous Recording and Time Shift Recording** \| Up to two Simultaneous Recording and Time-Shift Recording on live TV programs \|<br>\| **EPG Recording** \| Scheduled recording using EPG \|<br><br>To the extent any differences are alleged to exist between this claim element and the above referenced functionality, such differences are insubstantial.  On information and belief, the hardware and software in the Samsung DVRs perform substantially the same function as the Control Object, for example that of sending flow commands to the other DVR processes, for example by using one or more instantiations of software codes and/or hardware/firmware combinations, to yield the same result, controlling the flow of the broadcast data through the system. |

EXHIBIT A TO TIVO INFRINGEMENT CONTENTIONS<br>'389 PATENT<br>SAMSUNG DVRS

| the Claim | Samsung DVRs[1] |
|---|---|
| |  |
| | To the extent any differences are alleged to exist between this claim element and the above referenced functionality, such differences are insubstantial. On information and belief, the hardware and software in the Samsung DVRs perform substantially the same function as the physical data source, for example that accepting, parsing, and temporarily storing, in substantially the same way, for example by receiving data that has been transmitted to the DVR, PID filtering, startcode detecting and otherwise analyzing that data, and writing that data to memory locations and disks, to yield the same result, a properly formatted data stream for further processing by the rest of the system. |
| [61c] a source object, wherein said source object extracts video and audio data from said physical data source; | A Samsung DVR provides a source object, a collection of data and operations that, among other things, extracts video and audio data from the physical data source. For example, in a Samsung DVR, video and audio data move from the Broadcom BCM3255 chip, or similar chip, to memory, including DRAM and/or the Data Transport processor of the Broadcom 7400 chip, or similar chip, and from the BCM7400 chip, or similar chip, to memory, including DRAM. *See, e.g.,* (BCM7400 Product Brief) (showing Transport Input data going into MPEG-2/DVB Transport of the Broadcom BCM7400 chip: |

| the Claim | Samsung DVRs |
|---|---|
| |  **BCM7400 Block Diagram**<br><br>(BCM7400 Product Brief) (showing data moving out of BCM3255 to BCM7400, and showing data moving to and from the 512 MB 64-bit DDR RAM and the BCM7400 chip): |

| the Claim | Samsung DVRs[1] |
|---|---|
| |  |

To the extent any differences are alleged to exist between this claim element and the above referenced functionality, such differences are insubstantial. On information and belief, the hardware and software in the Samsung DVRs perform substantially the same function as the Source Object, for example that of extracting video and audio data from said physical data source, in substantially the same way, for example by using one or more instantiations of software codes and/or hardware/firmware combinations, to yield the same result, data and operations executing in the DVR that operate on the video and audio data from the physical data source.

| the Claim | Samsung DVRs |
|---|---|
| [61d] a transform object, wherein said transform object stores and retrieves data streams onto a storage device; | A Samsung DVR provides a transform object, a collection of data and operations that, among other things, transforms the form of data upon which it operates. For example, Samsung DVRs transform the form of the data. Upon information and belief, the Samsung DVRs store television program data during recording, and play back certain portions, such as certain frames, during certain trickplay operations.

As another example, Samsung DVRs also perform a temporal transform. For example, Samsung DVRs allow users to store television programs to watch at a later time or can pause live television. *See, e.g.,*

http://www.timewarnercable.com/MediaLibrary/1/1/FAQ/Digital%20Cable/Samsung/Samsung_SMT_3090HD_UserGuide.pdf |

| the Claim | Samsung DVRs[1] |
|---|---|
| | (Samsung SMT-H3090 2008 User Guide), p. 10 ("User can pause live TV program for a certain amount of time, and resume it to watch. The STB allows 90 minutes of recording for Time-shift recording."); p. 10 ("Record two live TV programs simultaneously while watching two recorded programs on HDD.") |

Samsung DVRs store data streams on and retrieve data streams from a hard disk drive (HDD) during recording and playback, respectively.  *See, e.g.,* (BCM7400 Product Brief) (showing SATA II interface to HDD):



http://www.timewarnercable.com/MediaLibrary/1/1/FAQ/Digital%20Cable/Samsung/Samsung_SMT_3090HD_UserGuide.pdf
(Samsung SMT-H3090 2008 User Guide), at 6:

| the Claim | Samsung DVRs[1] |
|---|---|
| | **Digital HD DVR STB (SMT-H3090) provides the following functions.**<br><br>- An MPEG decoder capable of processing HD/SD stream<br>- SCTE55-1, 55-2 and DOCSIS Cable Modem for OOB Signaling<br>- Digital AV transmission, such as IEEE1394 and HDMI<br>- Content Protection<br>- CableCARD Interface for CAS<br>- OCAP™ 1.0 application platform<br>- DVR Features<br>- Recording :<br><br>| HDD | Capacity |<br>\|---\|---\|<br>\| 160GB \| Up to 65 hours for SD (Standard Definition) stream<br>Up to 15 hours for HD (High Definition) stream. \|<br>\| 320GB \| Up to 130 hours for SD (Standard Definition) stream<br>Up to 30 hours for HD (High Definition) stream. \|<br><br>In the course of recording a television program, Samsung DVRs may generate index information using start code information. For example, in the Samsung DVRs, on information and belief, data streams in the form of MPEG2 transport stream packets are stored in blocks on the hard disk drive.  Index information is stored on the hard disk drive as *.clt files, which have pointers to the locations of the MPEG2 transport stream packets of the various recorded programs.<br><br>To the extent any differences are alleged to exist between this claim element and the above referenced functionality, such differences are insubstantial.  On information and belief, the hardware and software in the Samsung DVRs perform substantially the same function as the Transform Object, for example that of storing and retrieving data streams onto a storage device, in substantially the same way, for example by using one or more instantiations of software codes and/or hardware/firmware combinations, to yield the same result, data and operations executing in the DVR that move video and audio data to and from storage locations. |
| [61e] wherein said source object obtains a buffer from said transform object, said source object | A Samsung DVR provides a source object, a collection of data and operations that, among other things, obtains a buffer from the transform object, converts video data into data streams, and fills the buffer with the streams.  Samsung DVR software obtains a buffer, converts video data into data streams and fills the buffer with the streams.  *See, e.g.,* (BCM7400 Product Brief) ("The BCM7400 incorporates a complete MIPS32-Verified™ microprocessor subsystem, including caches with bridging to memory and a local bus.") |

5463861

| the Claim | Samsung DVRs[1] |
|---|---|
| converts video data into data streams and fills said buffer with said streams; | On information and belief, Samsung DVR software converts the data, for example, during selection of a particular channel, and similar functions, including without limitation recording a television program. *See, e.g.,* (BCM7400 Product Brief) (showing a MPEG-2/DVB Transport unit):<br><br><br><br>**BCM7400 Block Diagram**<br><br>Also, a Samsung DVR has a buffer in the system memory. *See, e.g.,* (BCM7400 Product Brief) ("("The BCM7400 incorporates a complete MIPS32-Verified™ microprocessor subsystem, including caches with bridging to memory and a local bus.").<br><br>To the extent any differences are alleged to exist between this claim element and the above referenced functionality, such differences are insubstantial. On information and belief, the hardware and software in the Samsung DVRs perform substantially the same function as the Source Object, for example that of obtaining a memory location, converting the data stream, and filling the memory location in substantially the same way, for example by using one or more instantiations of software codes and/or hardware/firmware combinations, to yield the same result, data and operations executing in the DVR that operate on the video |

| the Claim | Samsung DVRs[1] |
|---|---|
| | and audio data in conjunction with memory locations and other software processes. |
| [61f] wherein said source object is automatically flow controlled by said transform object; | A Samsung DVR has a source object that, among other things, is automatically flow controlled by a transform object. On information and belief, the Samsung DVR software has self-regulating data flow in relation to, for example, the single-port DRAM. *See, e.g.,* (BCM7400 Product Brief) ("The BCM7400 incorporates a complete MIPS32-Verified™ microprocessor subsystem, including caches with bridging to memory and a local bus.").  |

EXHIBIT A TO TIVO INFRINGEMENT CONTENTIONS
'389 PATENT
SAMSUNG DVRS

| the Claim | Samsung DVRs[1] |
|---|---|
| | (showing standard single-port Samsung K4T511630G 512MB RAM and Samsung K4H561638 RAM).

In regular operation, there is no significant corruption of data due to overwriting or lack of self-regulation.

To the extent any differences are alleged to exist between this claim element and the above referenced functionality, such differences are insubstantial.  On information and belief, the hardware and software in the Samsung DVRs perform substantially the same function as the Transform Object's automatic flow control of the Source Object, for example that of self-regulating the processing, in substantially the same way, for example by using one or more instantiations of software codes and/or hardware/firmware combinations, to yield the same result, data and operations executing in the DVR that are self regulated. |
| [61g] a sink object, wherein | A Samsung DVR provides a sink object, a collection of data and operations that, among other things, obtains data stream buffers from a transform object and outputs the streams to a video and audio decoder.  The Samsung DVR software obtains data streams |

5463861

| the Claim | Samsung DVRs[1] |
|---|---|
| said sink object obtains data stream buffers from said transform object and outputs said streams to a video and audio decoder; | from a buffer retrieved from a transform object and the hard disk drive and outputs the data streams to a video and audio decoder. *See, e.g.,* (BCM7400 Product Brief) ("The BCM7400 incorporates a complete MIPS32-Verified™ microprocessor subsystem, including caches with bridging to memory and a local bus."). <br><br> A Samsung DVR has a video and audio decoder that converts data streams into display signals and sends those signals to a display. *See, e.g.,* (BCM7400 Product Brief): <br><br>  <br> **BCM7400 Block Diagram** <br><br> (Samsung SMT-H3090 2008 User Guide), at 6: |

EXHIBIT A TO TIVO INFRINGEMENT CONTENTIONS
'389 PATENT
SAMSUNG DVRS

| the Claim | Samsung DVRs[1] |
|---|---|
| | ## Digital HD DVR STB<br><br>Digital HD DVR OCAP STB (Digital High-Definition Digital Video Recorder OpenCable Application Platform Set-Top Box) provides high quality video and audio broadcasting, and interactive services including Video-On-Demand.<br><br>**Digital HD DVR STB (SMT-H3090) provides the following functions.**<br>- An MPEG decoder capable of processing HD/SD stream<br>- SCTE55-1 ,55-2 and DOCSIS Cable Modem for OOB Signaling<br>- Digital AV transmission, such as IEEE1394 and HDMI<br>- Content Protection<br>- CableCARD Interface for CAS<br>- OCAP™ 1.0 application platform<br>- DVR Features<br>- Recording :<br><br>| HDD | Capacity |<br>|---|---|<br>| 160GB | Up to 65 hours for SD (Standard Definition) stream |<br>| | Up to 15 hours for HD (High Definition) stream. |<br>| 320GB | Up to 130 hours for SD (Standard Definition) stream |<br>| | Up to 30 hours for HD (High Definition) stream. |<br><br>(Samsung SMT-H3090 2008 Data Sheet), at 1:<br><br>imagine Samsung SMT-H3090 is Dual tuner Digital Video Recorder(DVR) which provides Standard Definition (SD), High-Definition(HD) and Analog video signals. Dual tuner DVR allows cable subscribers to watch and record two HD programs simultaneously.<br><br>(Samsung SMT-H3090 2008 Data Sheet), at 2: |

| the Claim | Samsung DVRs[1] |
|---|---|
| | <br><br>To the extent any differences are alleged to exist between this claim element and the above referenced functionality, such differences are insubstantial.  On information and belief, the hardware and software in the Samsung DVRs perform substantially the same function as the Sink Object, for example that of obtaining buffers or pointers thereto and outputting data streams, in substantially the same way, for example by using one or more instantiations of software codes and/or hardware/firmware combinations, to yield the same result, datastreams being output to a decoder. |
| [61h] wherein said decoder converts said streams into display signals and sends said signals to a display; | A Samsung DVR has a decoder that converts data streams into display signals and sends those signals to a display.  *See, e.g.,* (Broadcom BCM 7400 Product Brief), at 1:<br><br><br><br>(Broadcom BCM 7400 Product Brief), at 2 (showing video decoders): |

| the Claim | Samsung DVRs[1] |
|---|---|
| [61i] wherein said sink object is automatically flow controlled by said transform object; | A Samsung DVR has a sink object that, among other things, is automatically flow controlled by a transform object. On information and belief, the Samsung DVR playback software has self-regulated data flow in relation to, for example, the DRAM. *See, e.g.,* (BCM7400 Product Brief) ("The BCM7400 incorporates a complete MIPS32-Verified™ microprocessor subsystem, including caches with bridging to memory and a local bus.").<br><br><br><br>In regular operation, there is no significant corruption of data due to overwriting or lack of self-regulation.<br><br>To the extent any differences are alleged to exist between this claim element and the above referenced functionality, such differences are insubstantial. On information and belief, the hardware and software in the Samsung DVRs perform substantially the same function as the Transform Object's automatic flow control of the Sink Object, for example that of self-regulating the processing, in substantially the same way, for example by using one or more instantiations of software codes and/or |

| the Claim | Samsung DVRs[1] |
|---|---|
| | hardware/firmware combinations, to yield the same result, data and operations executing in the DVR that are self regulated. |
| [61j] a control object, wherein said control object receives commands from a user, said commands control the flow of the broadcast data through the system; and | A Samsung DVR provides a control object, a collection of data and operations that, among other things, receives user commands, which control the flow of the broadcast data through the system. The Samsung DVR software is responsive to front panel buttons and a remote control. On information and belief, the remote control sends IR signals that are received by the Samsung DVR. The hardware and software receives user commands, which control the flow of data through the system, e.g., begin recording, channel change, trickplay, etc. *See, e.g.,* (BCM7400 Product Brief) (showing front panel controls input to the BCM7400 chip):<br><br><br><br>http://www.timewarnercable.com/MediaLibrary/1/1/FAQ/Digital%20Cable/Samsung/Samsung_SMT_3090HD_UserGuide.pdf (Samsung SMT-H3090 2008 User Guide), at 10: |

EXHIBIT A TO TIVO INFRINGEMENT CONTENTIONS<br>'389 PATENT<br>SAMSUNG DVRS

## DVR Features

SMT-H3090 supports DVR feature through the Hard Disk Drive as follows.

| Feature | Description |
| --- | --- |
| File Playback | Play, Stop, Rewind, Pause for recorded contents. |
| File Trick Mode | 1, 4, 8, 32 times FFP (Fast Forward Play) |
| | 1, 4, 8, 32 times FRP (Fast Rewind Play) |
| | 1/2, frame by frame skipping SFP (Slow Forward Play) |
| | 1/2, Frame by frame SRP (Slow Rewind Play) |
| Time-Shift Recording | User can pause live TV program for a certain amount of time, and resume it to watch. The STB allows 90 minutes of recording for Time-shift recording. |
| Instant Recording | Record live TV program instantly |
| Watching and Recording | Record two live TV programs simultaneously while watching two recorded programs on HDD. |
| Audio/Radio Recording | Audio or Radio program recording |
| Simultaneous Recording and Time Shift Recording | Up to two Simultaneous Recording and Time-Shift Recording on live TV programs |
| EPG Recording | Scheduled recording using EPG |

To the extent any differences are alleged to exist between this claim element and the above referenced functionality, such differences are insubstantial. On information and belief, the hardware and software in the Samsung DVRs perform substantially the same function as the Control Object, for example that of receiving commands same way, for example by using one or more instantiations of software codes and/or hardware/firmware combinations, to yield the same result, controlling the flow of the broadcast data through the system.

| | |
| --- | --- |
| [61k] wherein said control object sends flow command events to said source, transform, and | A Samsung DVR provides a control object, a collection of data and operations that, among other things, sends flow command events to source, transform, and sink objects. On information and belief, the remote control sends IR signals that are received by the Samsung DVR. The Samsung DVR software is responsive to front panel buttons and a remote control. The hardware and software receives user commands and sends command events to other portions of the software to control the various functions of the unit, e.g., channel selection, start recording, trickplay, picture-in-picture, etc. *See, e.g.*, (BCM7400 Product Brief) (showing front panel controls input to the BCM7400 chip): |

| the Claim | Samsung DVRs[1] |
|---|---|
| sink objects. | <br><br>http://www.timewarnercable.com/MediaLibrary/1/1/FAQ/Digital%20Cable/Samsung/Samsung_SMT_3090HD_UserGuide.pdf<br>(Samsung SMT-H3090 2008 User Guide), at 10: |

EXHIBIT A TO TIVO INFRINGEMENT CONTENTIONS
'389 PATENT
SAMSUNG DVRS

| the Claim | Samsung DVRs[1] |
|---|---|
| | **DVR Features**<br><br>SMT-H3090 supports DVR feature through the Hard Disk Drive as follows.<br><br>| Feature | Description |<br>\|---\|---\|<br>\| **File Playback** \| Play, Stop, Rewind, Pause for recorded contents. \|<br>\| **File Trick Mode** \| 1, 4, 8, 32 times FFP (Fast Forward Play)<br>1, 4, 8, 32 times FRP (Fast Rewind Play)<br>1/2, frame by frame skipping SFP (Slow Forward Play)<br>1/2, Frame by frame SRP (Slow Rewind Play) \|<br>\| **Time-Shift Recording** \| User can pause live TV program for a certain amount of time, and resume it to watch. The STB allows 90 minutes of recording for Time-shift recording. \|<br>\| **Instant Recording** \| Record live TV program instantly \|<br>\| **Watching and Recording** \| Record two live TV programs simultaneously while watching two recorded programs on HDD. \|<br>\| **Audio/Radio Recording** \| Audio or Radio program recording \|<br>\| **Simultaneous Recording and Time Shift Recording** \| Up to two Simultaneous Recording and Time-Shift Recording on live TV programs \|<br>\| **EPG Recording** \| Scheduled recording using EPG \|<br><br>To the extent any differences are alleged to exist between this claim element and the above referenced functionality, such differences are insubstantial.  On information and belief, the hardware and software in the Samsung DVRs perform substantially the same function as the Control Object, for example that of sending flow commands to the other DVR processes, for example by using one or more instantiations of software codes and/or hardware/firmware combinations, to yield the same result, controlling the flow of the broadcast data through the system. |

5463861

EXHIBIT A TO TIVO INFRINGEMENT CONTENTIONS<br>'389 PATENT<br>SAMSUNG DVRS