IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TIVO, INC., <br><br>     Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC. <br><br>     Defendants. <br><br> SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., <br><br>     Counter Plaintiffs, <br><br> v. <br><br> TIVO, INC. <br><br>     Counterclaim Defendant. | CASE NO. 2:15-CV-1503-JRG |

## ORDER

Before the Court is Broadcom Corporation's Unopposed Motion to Intervene. (Dkt. No. 93.) Having considered the Motion and the related briefing, the Court finds that the Motion (Dkt. No. 93) should be and is hereby **GRANTED**.

Broadcom is permitted to intervene in this matter for the limited purpose of responding to TiVo's Emergency Motion to Clarify Discovery Obligations in Light of Prior Protective Order (Dkt. No. 75), which is set for a hearing on July 11, 2016 at 10:00 a.m. Broadcom shall not be deemed to have consented to the jurisdiction of the Court for any other purpose, including Rule 45 subpoenas.

**So ORDERED and SIGNED this 6th day of July, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE