IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TIVO INC.,<br><br>             Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.<br><br>             Defendants. | Case No. 2:15-cv-1503<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF CORRECTED EXHIBIT C TO DKT. NO. 154-3

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. respectfully submit the attached corrected Exhibit C to replace Exhibit C filed with the parties' Joint 4-3 Claim Construction and Prehearing Statement [Doc. No. 154-3].

Dated:  August 12, 2016

Respectfully submitted,

By: */s/Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
D.C. Bar No. 459780
mckeon@fr.com
Michael C. Tyler
TX Bar No. 24051454
tyler@fr.com

-2-

FISH & RICHARDSON P.C.
1425 K Street N.W., 11th Floor
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thad Kodish
Georgia Bar No.: 427603
TKodish@fr.com
Noah C. Graubart
Georgia Bar No.: 141862
graubart@fr.com

Christopher O. Green
Georgia Bar No. 037617
cgreen@fr.com
Ajit Dang
Georgia Bar No. 352611
Dang@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Fl.
Atlanta, GA 30309
Telephone: 404-892-5005
Facsimile: 404-892-5002

*Counsel for Samsung Defendants*

**CERTIFICATE OF SERVICE**

-3-

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 12th day of August, 2016.  Any other counsel of record will be served by first class mail.

*/s/ Melissa R. Smith*
Melissa R. Smith
