# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

|  |  |  |
|---|---|---|
| TIVO INC., <br><br> *Plaintiff*, <br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., *et al.*, <br><br> *Defendants*. | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:15-cv-1503-JRG |

## ORDER

The Court issues this Order *sua sponte*. The Parties filed their Joint Claim Construction and Prehearing Statement (Dkt. No. 154) on August 10, 2016. The Parties have since filed their respective Claim Constructions Briefs (Dkt. Nos. 177 and 181). At present there are more than 60 claim terms in dispute between the Parties. The Parties are hereby ORDERED to meet and confer in attempt to narrow the number of disputed claim terms that will be presented for claim construction. The Parties are ORDERED to file a joint report notifying the Court of the result of their efforts in this regard within 10 days of the date of this Order. A failure of the parties to reasonably narrow such disputed claim terms will result in the Court unilaterally circumscribing the number of terms the Parties will be permitted to present at the claim construction hearing on October 24, 2016.

**So ORDERED and SIGNED this 16th day of September, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE